1  GEORGE S. CARDONA
   United States Attorney
2  SHERI PYM
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   JERRY A. BEHNKE
4  Assistant United States Attorney
   California Bar Number 180462
5       3880 Lemon Street, Suite 210
        Riverside, California 92501
6       Telephone:  (951) 276-6211
        Facsimile:  (951) 276-6237
7       Email: Jerry.Behnke@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ED07-244-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-_____ M |
| Plaintiff, | [PROPOSED] ORDER |
| v. | UNDER SEAL |
| JOSE LUIS NAZARIO, JR., | |
| Defendant. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The complaint and affidavit in support of the complaint in the above-titled case, together with this ex parte application, the memorandum of points and authorities, the declaration of Jerry A. Behnke, and this court's sealing order, be kept under seal until the initial appearance of defendant, JOSE LUIS NAZARIO, JR., before a federal magistrate judge pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  The investigating

//

//

agents or officers are permitted to provide a copy of the criminal complaint to defendant, JOSE LUIS NAZARIO, JR.

DATED: 8/6/07

HONORABLE JOHN C. RAYBURN, JR.
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

HONORABLE JOHN C. RAYBURN, JR.
UNITED STATES MAGISTRATE JUDGE