FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

CR07-00127-SGL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR 07-_____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. §§ 1112, 3261(a)(2): Voluntary Manslaughter] |
| JOSE LUIS NAZARIO, JR., | |
| Defendant. | |

The Grand Jury charges:

GENERAL ALLEGATIONS

1. On or about November 9, 2004, defendant JOSE LUIS NAZARIO, JR., was a member of the Armed Forces subject to Chapter 47 of Title 10 (the Uniform Code of Military Justice).

2. On or about October 11, 2005, defendant JOSE LUIS NAZARIO, JR., was discharged from the Armed Forces.

3. The acts described in Counts One and Two of this Indictment occurred in Fallujah, Iraq, outside the United States.

4. Venue for the trial of the offenses charged in this Indictment lies within the Central District of California.

JAB, CJK:jab

5.  The conduct described in Counts One and Two of this Indictment would have constituted offenses punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

///
///
///

## COUNT ONE

[18 U.S.C. §§ 1112, 3261(a)(2)]

6. The General Allegations set forth in Paragraphs One through Five of this Indictment are realleged and incorporated herein as if set out in full.

7. On or about November 9, 2004, in Fallujah, Iraq, defendant JOSE LUIS NAZARIO, JR., upon a sudden quarrel and heat of passion, caused by adequate provocation, unlawfully and intentionally killed John Doe #1, a human being.

///
///
///

COUNT TWO

[18 U.S.C. §§ 1112, 3261(a)(2)]

8. The General Allegations set forth in Paragraphs One through Five of this Indictment are realleged and incorporated herein as if set out in full.

9. On or about November 9, 2004, in Fallujah, Iraq, defendant JOSE LUIS NAZARIO, JR., upon a sudden quarrel and heat of passion, caused by adequate provocation, unlawfully and intentionally killed John Doe #2, a human being.

A TRUE BILL

_____/S/_____
Foreperson

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

JERRY A. BEHNKE
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

CHARLES J. KOVATS
Assistant United States Attorney
Riverside Branch Office