# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>5:07-CR-0000127-SGL</u>        Recorder: <u>CS 09/12/2007</u>        Date: <u>09/12/2007</u>

Present: The Honorable <u>Oswald Parada</u>, U.S. Magistrate Judge

Court Clerk: <u>Maynor Galvez</u>        Assistant U.S. Attorney: <u>JERRY BEHNKE, CHARLES KOVATS</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JOSE LUIS NAZARIO, JR.<br>    BOND | DOUGLAS L. APPLEGATE, RETAINED<br>KEVIN BARRY MCDERMOTT, RETAINED<br>EMERY BRETT LEDGER, RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Stephen G. Larson.
It is ordered that the following date(s) and time(s) are set:
      Trial Setting Conference MONDAY, SEPTEMBER 24, 2007, AT 2:00 P.M
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

<u>00 : 10</u><br>
Initials of Deputy Clerk: <u>mg</u>

cc: Statistics Clerk, PSALA PSAED, USMED