**PRIORITY SEND**
cc: PSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
### CRIMINAL MINUTES - GENERAL

Case No.  EDCR 07-00127 SGL          Date:  September 24, 2007

---

**PRESIDING:  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE**

| Jim Holmes | Walter Ledge | Jerry Behnke and |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Charles Kovats |
| | | Asst. U.S. Attorneys |

**USA v. (DEFENDANT PRESENT):**       **ATTORNEY PRESENT FOR DEFENDANT:**

(1)  JOSE LUIS NAZARIO, JR.           (1)
√  bond                               √  retained

**PROCEEDINGS:**  ORDER CONTINUING MATTER FOR FURTHER PROCEEDINGS

   Counsel jointly requested the court defer the setting of a trial at this time and instead requested the trial setting conference be continued on calendar to November 19, 2007, at 2:00 p.m., to enable the defendant time to review the discovery in this matter before selecting a trial date.

   The Court ORDERS that all outstanding discovery issues be resolved or briefed in advance of the trial setting conference.

   The defendant states his oral waiver under the Speedy Trial statute and consents to the continuance.  Government's Counsel will prepare an order regarding excludable time.

   IT IS SO ORDERED.