**PRIORITY SEND**
**cc: PSA**

GEORGE S. CARDONA
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN: 180462)
CHARLES J. KOVATS (SBN: 184185)
Assistant United States Attorneys
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone:  (951) 276-6211
    Facsimile:  (951) 276-6202
    E-mail:  Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 07-00127-SGL |
| Plaintiff, | |
| v. | <u>FINDINGS AND ORDER</u> |
| JOSE LUIS NAZARIO, JR., | |
| Defendant. | |

IN THE ABOVE-CAPTIONED MATTER:

The Indictment in this case was filed on September 4, 2007. Defendant first appeared before a judicial officer in the court in which this charge is pending on August 16, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 <u>et seq.</u>, originally required that defendant's trial commence on or before November 13, 2007.

On September 12, 2007, defendant was arraigned on the Indictment and the court set a trial setting conference for September 24, 2007.

During the trial setting conference on September 24, 2007,

defense counsel requested that the trial setting conference be continued to November 19, 2007. The government concurred with the request. Defendant stated he understood his right to a speedy trial and agreed with the requested continuance.

Based on the comments of counsel at the hearing on September 24, 2007, and on the files and records in this matter, THE COURT FINDS that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a trial setting conference and hearing on any discovery motions isscheduled for November 19, 2007 at 2:00 p.m. IT IS FURTHER ORDERED that any discovery motions shall be filed by October 29,2007. Oppositions shall be filed by November 5, 2007. Replies, if any, shall be filed by November 12, 2007.

IT IS FURTHER ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, _et seq._, within which trial must commence, the time period from September 24, 2007 to November 19, 2007 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because it results from a continuance granted by the court at the defendant's request without government objection on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO ORDERED.

Dated: September 26, 2007

HONORABLE STEPHEN G. LARSON
United States District Judge

Presented by:

/s/

JERRY A. BEHNKE
Assistant United States Attorney