Kevin B. McDermott, Esq. (CB#109182)
17452 Irvine Blvd #200
Tustin, CA 92680
Telephone: (714) 731-5297
Fax: (714) 731-5649  warlawyer@aol.com

Douglas L. Applegate, Esq. (CB# 109155)
dlapplegate@earthlink.com
Joseph M. Preis, Esq. (CB#212998)
preisj@pepperlaw.com

Attorneys for Defendant Jose Luis Nazario, Jr.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS NAZARIO, JR.,<br><br>Defendant. | Case No. ED CR 07-127 SGL<br><br>**DECLARATION OF LTCOL. MATTHEW CORD IN SUPPORT OF DEFENDANT'S MOTION FOR DISCOVERY; ATTACHMENTS**<br>[Federal Rules of Criminal Procedure, Rule 16]<br><br>Judge Stephen G. Larson<br>Date: 12/17/2007<br>Time: 2:00 p.m.<br>Dept.: 1<br>Action Filed: August 6, 2007 |

## DECLARATION OF MATTHEW CORD

I, MATTHEW CORD, do hereby make the following sworn declaration. All matters contained herein are of my own personal knowledge unless stated as based upon information and belief.

1. I am a Judge Advocate in the United States Marine Corps and hold the rank of Lieutenant Colonel. Since August 2006, my sole billet has been as a

-1-

criminal defense counsel.  I have been a practicing attorney since 1994 and am a member in good standing of the California and Oregon bars.  I have been asked by counsel for former U.S.M.C. Sgt. Jose Nazario to providing this declaration relating to materials available from the Government through discovery efforts by government counsel. I have been informed, and am generally aware, that the nature of the charges against Nazario arises from his role as a squad leader during the battle of Fallujah in November 2004.

2.  I am currently or have been defense counsel for military defendants in the investigations surrounding allegations of the unlawful killing and/or abuse of civilians at the hands of Marines in the cities of Haditha, Iraq and Hamdania, Iraq. During the course of my representation, I have actively engaged in seeking and obtaining discovery from the United States, which in these cases was specifically Department of Defense, Department of the Navy and the United States Marine Corps.

3. As a result of my involvement in seeking and obtaining discovery, I have come to learn that the following relevant materials, which were possessed by the government and turned over to the defense in the aforementioned cases, are likely to exist in the present case:

a. U.S. Marine Corps and First Marine Expeditionary Force [IMEF] database(s) containing numerous electronic and hardcopy records of photos, video, voice messages and text messages from relevant units and individual service members;

b. Judge Advocate General [JAG] Manual investigations and/or Preliminary Inquiries concerning possible "Rules of Engagement" [ROE] violations and "Escalation of Force" [EOF] incidents, issues and policies;

c.  ROE and EOF training materials (both electronic and hard copy) presented to units and individuals before and during deployments to Iraq;

d. Relevant reports generated by, and evidence collected by, agents of the

-2-

1 Naval Criminal Investigative Service [NCIS] including, but not limited to:
2 Recorded or summarized interviews of military personnel, Iraqi witnesses and
3 civilian contractors and employees of the U.S. Government; Videos, photographs
4 and diagrams either created by NCIS agents, persons interrogated/interviewed by
5 NCIS agents, or seized by NCIS agents during the course of their investigation;
6 Interrogation and interview logs and agent notes made during interrogations and
7 interviews of military, civilian and Iraqi personnel; Forensic evidence, reports and
8 reconstructions and;  Records related to NCIS attempts to identify and locate Iraqi
9 alleged victims and witnesses.

10     e. Autopsies, death certificates and burial records regarding alleged Iraqi
11 victims prepared or conducted by U.S. or Iraqi medical and/or government
12 personnel.

13     f. Relevant records generated by Marine Corps Civil Affairs Group [CAG]
14 personnel regarding their efforts, actions and contacts with relevant Iraqi civilian
15 personnel and organizations;

16     g. Relevant records regarding payments made or offered by the U.S.
17 Government ("Solatia payments") to Iraqi citizens as a result of damage, death or
18 injury alleged to have been caused by Marine Corps or Navy personnel;

19     h. Armory records indicating what type of weapon(s) were assigned to which
20 specific members of a particular unit at any given time;

21     i. Complete medical and service records of all relevant Marine Corps and
22 Navy personnel and;

23     j. Various relevant classified documents and materials.

24     4.  It should be stressed that all the items set forth above not only existed in
25 the aforementioned cases, they were turned over by the government to the defense
26 either *sua sponte*, or after a request was made.  There were never any motions or
27 litigation required in order for the defense to obtain such materials from the
28 government.

-3-

DECLARATION OF LTCOL CORD RE MOTION FOR DISCOVERY

  5. The records and materials described in Paragraph 3 above are reasonably calculated to lead to the discovery of admissible evidence including but not limited to witnesses with testimony relevant to the time and place of the allegations against Defendant Jose Nazario.

  I, Matthew Cord, do hereby swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed this 20th day of November 2007 in Oceanside, California.

    /S Matthew Cord
    MATTHEW CORD
    LtCol USMC

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I, the undersigned, say: I am and was at all times mentioned a citizen of the United States and a resident of the County of Orange, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 18301 Von Karmon Ave., Suite 210, Irvine, California 92612, that on November 21, 2007, I served the within:

**DECLARATION OF LTCOL. MATTHEW CORD IN SUPPORT OF DEFENDANT'S MOTION FOR DISCOVERY; ATTACHMENTS**

on all parties in said action, by emailed PDF attachments pursuant to agreement with Assistant United States Attorney JERRY A. BEHNKE, as follows:

JERRY A. BEHNKE (SBN: 180462)
CHARLES J. KOVATS (SBN: 184185)
Assistant United States Attorneys
3880 Lemon Street, Suite 210
Riverside, California 92501
Telephone: (951) 276-6211
Facsimile: (951) 276-6202
E-mail: Jerry.Behnke@usdoj.gov

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I certify under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed on November 21, at Irvine, California.

**/S**
Declarant

-5-

DECLARATION OF LTCOL CORD RE MOTION FOR DISCOVERY