**SEND**
cc: PSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA - Eastern Division
### CRIMINAL MINUTES - GENERAL

Case No.  EDCR 07-00127 SGL                                   Date:  March 3, 2008

**PRESIDING:  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE**

| Jim Holmes | Theresa Lanza | AUSA, Jerry Behnke | None |
|---|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Charles Kovats | Interpreter/Language: |
| | | Asst. U.S. Attorney | |

**USA v. (DEFENDANTS PRESENT):**          **ATTORNEYS PRESENT FOR DEFENDANT:**

(1)  JOSE LUIS NAZARIO, JR.                       (1)  Kevin B. McDermott
Bond status                                                      Douglas L. Applegate

                                                                          Retained counsel

**PROCEEDINGS:**   (1)   Defendant's Motion for Bill of Particulars, Docket No. 32
                              (2)   Trial Setting Conference

       A hearing was held on the above-referenced defense motion.  For the reasons as articulated by the court on the record, the Court DENIES the motion.

       Trial in this matter is set for July 8, 2008, at 9:30 a.m.; pretrial conference is set for June 23, 2008, at 2:00 p.m.; hearing on any further hearing pretrial motions (including motions-in-limine) is set for April 21, 2008, at 3:00 p.m.  The Court will issue a separately-filed trial order in this matter.

       Government's counsel is to prepare and submit an order regarding excludable time for the Court's approval.

       IT IS SO ORDERED.