**SEND**
cc: PSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
### CRIMINAL MINUTES - GENERAL

Case No.  EDCR 07-00127 SGL                                        Date:  April 21, 2008

---

**PRESIDING:  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE**

| Jim Holmes | Gary George | AUSA, Jerry Behnke | None |
|---|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Asst. U.S. Attorney | Interpreter/Language: |

---

**USA v. (DEFENDANTS PRESENT):**                **ATTORNEYS PRESENT FOR DEFENDANTS:**

(1)  JOSE LUIS NAZARIO, JR.                          (1)  Kevin B. McDermott
      Bond Status                                              Douglas L. Applegate
                                                     Emery B. Ledger
                                                     Joseph M. Preis

                                                     Retained Counsel

**PROCEEDINGS:**    Defendant's Motion to Dismiss Indictment for Failure to Invoke the Court's Jurisdiction or to State an Offense, Docket No. 39

Court hears oral argument and takes the matter under submission.

Initials of Deputy Clerk: jh
Time: 00/39