

U. S. Department of Justice

*United States Attorney*
*Central District of California*

*Jerry A. Behnke*
*Assistant United States Attorney*
*Deputy Chief, Riverside Branch Office*

*3880 Lemon Street, Suite 210*
*Riverside, California 92501*
*(951)276-6211*

June 3, 2008

Kevin McDermott
17452 Irvine Boulevard
Suite 200
Tustin, California 92780

      Re: <u>United States v. Jose Nazario</u>, ED CR 07-127-SGL

Dear Mr. McDermott:

      I am writing to follow up on my e-mail message to you last week regarding motions in limine. Judge Larson requires the filing of a joint motion in limine that sets forth, in one document, all contested issues and the parties' positions on each. With our pretrial date and hearing on any motions in limine presently set for June 23, I propose that we file the joint motion on June 16. In order to accomplish this, I propose the following schedule:

- Parties exchange a summary of our motion issues (i.e. specific evidence we seek to admit or exclude) by COB Thursday, June 5.
- Parties each draft their argument in opposition to the opposing party's issues and exchange arguments by COB Thursday, June 12.
- I will then compile all of the issues and corresponding arguments into one pleading on Friday, June 13 and send a copy to you for your review.
- I will file the finalized joint motion on Monday, June 16.

      I propose exchanging information by e-mail to make it much easier to compile the final pleading.

      On another matter, in light of the fact that the government has not received any notice as required under the Federal Rules and the Court's standing order, the government assumes that the defense does not intend to call any expert witnesses. The government has produced discovery pursuant to your request, and has repeatedly requested reciprocal discovery. At this point, if the defense were to attempt to call any expert witness, the government would object based on untimely notice.

    If you have any questions or other suggestions regarding preparing a joint filing or any other matter, please call me at (951)276-6211 or Charles Kovats at (951)276-6924.

Very truly yours,

THOMAS P. O'BRIEN
United States Attorney

JERRY A. BEHNKE
Assistant United States Attorney

cc: Douglas Applegate