1

NAVAL CRIMINAL INVESTIGATIVE SERVICE

2

3

PHONE CALLS, DISK 1, PHONE CALL 1

4

5

6

January 8, 2007

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

ENCLOSURE ($\mathcal{C}$ )
TO EXHIBIT (50 )

P R O C E E D I N G S

SPECIAL AGENT FOX:  This is Special Agent Mark Fox.  Today's date is 8 January, 2007.  The time is approximately 12:19.  The following will be a telephone call between [Source GCPF-0130] and former Marine, now police officer, Jose Nazario.

(dialing)

MR. NAZARIO:  What's up, New York?

[SOURCE]:  Yo, what's the deal, son?

MR. NAZARIO:  Hey, man, where you've been?

[SOURCE]:  Dog, hanging out, son.

MR. NAZARIO:  You came back safe in one piece, huh?

[SOURCE]:  Yeah, you know how it is nigger.  You know, it was crazy this time, son.

MR. NAZARIO:  I know, I was watching that shit on the news and, what's his name, Woodrich (Phonetic Sp.) got fucked up.

[SOURCE]:  What?

MR. NAZARIO:  Yeah, they got murder charges on his ass.

[SOURCE]:  No.

MR. NAZARIO:  You ain't been watching that shit? I was looking at the newspaper like last week.

[SOURCE]:  Hell no, you know they don't let us

1   look at that shit.

2          MR. NAZARIO:  Yeah, Woodrich, he was there.  He

3   was my replacement, like as soon as we came back from OIF2

4   (Phonetic Sp.) --

5          [SOURCE]:  Yeah.

6          MR. NAZARIO:  Woodrich, he was like -- remember

7   that white boy who came from 3rd Platoon, he -- it was like

8   him and some other sergeant, some other --

9          [SOURCE]:  Yeah, yeah, yeah, I remember that name.

10          MR. NAZARIO:  Yeah, man, what happened was -- what

11   was this dude's name.  (INAUDIBLE) he got shot up and -- I

12   can't believe I can't remember this dude's name.

13          [SOURCE]:  Was it a Spanish guy?

14          MR. NAZARIO:  Yeah.

15          [SOURCE]:  I know -- (INAUDIBLE)

16          MR. NAZARIO:  Yeah, (INAUDIBLE).  He got hit with

17   a bomb, like an IED or some shit.  So they went in and they

18   fucking started shooting everybody.  That's the shit you're

19   supposed to do, right?

20          [SOURCE]:  Yeah.

21          MR. NAZARIO:  So now they got him on murder

22   charges, son.

23          [SOURCE]:  Get out of here, son.

24          MR. NAZARIO:  Yeah, man.  So I'm like, yeah, I'm

25   glad I got the fuck out when I did, 'cause that was

1   (INAUDIBLE) shit.

2          [SOURCE]:  Yeah.

3          MR. NAZARIO:  So.  Man, we're all fucking --

4   anybody got fucked up (INAUDIBLE)

5          [SOURCE]:  No, we all made it back, man.  I mean,

6   you got something like scratches and scrapes, but nothing,

7   Dog, nobody ain't died, nobody lose no limbs, no nothing,

8   son.

9          MR. NAZARIO:  Who was you with?  You stayed with

10   (INAUDIBLE), right?

11          [SOURCE]:  I stayed with them.

12          MR. NAZARIO:  All right, cool.  So (INAUDIBLE) was

13   P.J. (Phonetic Sp.).

14          [SOURCE]:  Yeah.

15          MR. NAZARIO:  (INAUDIBLE).  All right.  Yeah, man,

16   all the commanders got like replaced or leave or some shit,

17   from what I heard.

18          [SOURCE]:  Yeah.

19          MR. NAZARIO:  They was saying on the -- from the

20   newspaper.

21          [SOURCE]:  Yeah, we had to do another Change of

22   Command Ceremony and shit, man.  They wouldn't tell us what

23   it was for, but we all knew.

24          MR. NAZARIO:  Are you still in or what?

25          [SOURCE]:  Yeah, I'm still -- I'm with the MP's

1   now.

2          MR. NAZARIO:  You're with the MP's?

3          [SOURCE]:  Yeah.

4          MR. NAZARIO:  All right.  Yeah, man, look that

5   shit up, man.  A bunch of them motherfuckers got in

6   trouble, it ain't just him.  It's like, like three of them

7   facing murder charges.

8          [SOURCE]:  Damn, son.

9          MR. NAZARIO:  Yeah.

10          [SOURCE]:  Yeah, what --

11          MR. NAZARIO:  (INAUDIBLE)

12          [SOURCE]:  Yeah, when did you get out here?

13          MR. NAZARIO:  (INAUDIBLE) a whole bunch of shit

14   happen.  Let me see.  I got a kid, he's --

15          [SOURCE]:  Congratulations.

16          MR. NAZARIO:  -- turning 1.  Yeah, dog.  He's

17   turning 1 years old February the 17th.

18          [SOURCE]:  What?

19          MR. NAZARIO:  Finally, man.  Yeah, I got me a

20   little son.

21          [SOURCE]:  That's (INAUDIBLE)

22          MR. NAZARIO:  I got that.  I'm working out here in

23   Riverside P.D. making bank, man, I'm making like -- in

24   overtime, like 76 G's, 80 G's a year.

25          [SOURCE]:  What?  On the force?

1      MR. NAZARIO:  Yeah.

2           [SOURCE]:  Damn, that's a lot of money, son.

3           MR. NAZARIO:  I'm making bank, man.  I just bought

4    me a new Chrysler (Phonetic Sp.) 300.  I'm might put rims

5    on that bitch.

6           [SOURCE]:  You bought a Chrysler 300 (INAUDIBLE)

7           MR. NAZARIO:  (INAUDIBLE)

8           [SOURCE]:  (INAUDIBLE) over here living it up,

9    man.

10          MR. NAZARIO:  I'm telling you, man, I'm making

11   bank.

12          [SOURCE]:  I should have got out (INAUDIBLE)

13          MR. NAZARIO:  It's all good, man.

14          [SOURCE]:  So how do you like the force, nigger?

15          MR. NAZARIO:  It's fucking easy, man.

16          [SOURCE]:  Is it just like Cops, are you fucking

17   on foot patrols and fucking chasing these (INAUDIBLE) and

18   shit?

19          MR. NAZARIO:  Yeah, Dog, you ride around in your

20   car, right?

21          [SOURCE]:  Yeah.

22          MR. NAZARIO:  And (INAUDIBLE) respond to calls

23   coming from your computer from different calls like, you

24   know, mother fuckers fighting in their house, you coming in

25   there and fucking separate them, and if you got to beat

1   somebody's ass 'cause they're drunk, you beat somebody's

2   ass --

3          [SOURCE]:  You take anybody down yet, son?

4          MR. NAZARIO:  Fuck yeah, Dog, we're on beat, man,

5   we don't roll to calls by ourselves.  So like if I hear my

6   boys go up to -- you know, some dude beat up his wife?

7          [SOURCE]:  Yeah.

8          MR. NAZARIO:  I'm listening to it on the radio

9   too, I'm going to show up, like three other guys are going

10  to show up, and we just go in somebody's house like five,

11  six, seven deep and beat the shit out of this motherfucker

12  and find a reason to take him to jail.

13         [SOURCE]:  That's good as shit, nigger.  How did

14  you -- I thought you was going to go back to New York and

15  do that.  How did you get hooked up with that?

16         MR. NAZARIO:  Yeah, no, this is my little secret,

17  Homey.  I'm still going to go back to New York, I'm just

18  like putting in some work over here until, like the job is

19  ready for me out there.

20         [SOURCE]:  Oh, so you're just -- you're just

21  putting in time until it's time to go back to New York.

22  That's smart.

23         MR. NAZARIO:  Yeah, 'cause I don't -- like I don't

24  take my transfer till March.

25         [SOURCE]:  Yeah.

1          MR. NAZARIO:  That's for New York.  But not the

2   city, the state.  I already bought me a house out there

3   too.

4          [SOURCE]:  Damn, nigger.  How did you get put up

5   up there though, like, who fucking moved you up?  How did

6   you hear about that shit?

7          MR. NAZARIO:  You just look it up on the -- where

8   the fuck did I find it?  (INAUDIBLE) they had Riverside

9   Police, (INAUDIBLE) Police, fucking Sheriff's Department,

10  everywhere, and I just went on the web-site, I was like,

11  yeah, where do I want to work?  And I was like, okay,

12  (INAUDIBLE) the most money.

13         [SOURCE]:  Okay.

14         MR. NAZARIO:  And so I just went there.  They do a

15  background check on you.

16         [SOURCE]:  They do a background check?

17         MR. NAZARIO:  Yeah.  You say you're from the

18  military, they're like, okay, at least we know this dude

19  ain't, you know, (INAUDIBLE) like that for like the past 8

20  years.  He got military experience, he passed boot camp, so

21  police academy is going to (INAUDIBLE)

22         [SOURCE]:  So, what else did you have -- did you

23  have to take like fucking like math tests and all that

24  shit?

25         MR. NAZARIO:  Oh, fuck no, man.

1        [SOURCE]:  You didn't?

2        MR. NAZARIO:  Hell no.  You take this, you take

3    this test -- one test, and just to make -- basically to

4    make sure you can read.

5        [SOURCE]:  Yeah.

6        MR. NAZARIO:  (INAUDIBLE) like --

7        [SOURCE]:  Just like the (INAUDIBLE) games that we

8    do.

9        MR. NAZARIO:  Yeah, exactly like that.  You turn

10   the page when they say turn, and it's like a robbery in

11   progress.  They got the big old picture.  They want to see

12   how many shit you memorize, like how many guys are in the

13   bank, how many of them got automatic weapons, how many of

14   them got pistols, how many of them are black, how many of

15   them are white, how many kids are in there, how many

16   getaway cars are outside.  Look at the clock on the wall,

17   what time is it.  Just shit like that, man.

18       [SOURCE]:  (INAUDIBLE) shit.  (INAUDIBLE) I was

19   looking on the internet -- I was looking for some of them,

20   but there was like, you had to take math tests (INAUDIBLE)

21   shit, and then they were talking about taking like

22   polygraph tests, nigger, and I got like -- I don't know

23   (INAUDIBLE) polygraphs tests be.  Did you have to take one?

24       [SOURCE]:  Hold on a second, Dog.

25       *(INAUDIBLE) I don't know, man.  Somebody -- I'm*

1  *talking to somebody else.  (INAUDIBLE)  (INAUDIBLE)*

2  *today.  Where are you going?  All right, man.  (INAUDIBLE)*

3  *I got my boy from New York on the line, man, I get*

4  *(INAUDIBLE)*

5         Yeah, you take the written test --

6         [SOURCE]:  Yeah.

7         MR. NAZARIO:  And then you take the little

8  physical test.  You got to run like a mile-and-a-half,

9  and --

10        [SOURCE]:  What?

11        MR. NAZARIO:  -- and -- that's it, a mile-and-a-

12 half, Dog.

13        [SOURCE]:  You didn't have to do no polygraph

14 test, son?  I was reading about that.

15        MR. NAZARIO:  Yeah, you do a polygraph test,

16 (INAUDIBLE) shit like that, but --

17        [SOURCE]:  Dog, I (INAUDIBLE) I don't know about

18 that polygraph test though, son.

19        MR. NAZARIO:  I could -- you don't know how to lie

20 through a polygraph?

21        [SOURCE]:  No, nigger, all right.  All right, what

22 if we go to the polygraph test, right?

23        MR. NAZARIO:  Oh, you (INAUDIBLE) Dog, I got to

24 school you.  I got to tell you how to pass that shit.

25        [SOURCE]:  Yeah.  If these (INAUDIBLE) was like,

```
 1  all right, what's the worse thing you've ever done, you

 2  know what I'm saying?  What if they ask me if I ever killed

 3  somebody, nigger, what do I say?

 4          MR. NAZARIO:  I told them yeah, I told them I

 5  killed (INAUDIBLE) people in Iraq.  They don't care.

 6          [SOURCE]:  Yeah?

 7          MR. NAZARIO:  Yeah.  That's combat, that's not

 8  murder, man, that's combat.  They understand that shit.

 9          [SOURCE]:  What if they ask if I ever done like,

10  fucking, anything like real illegal, nigger.

11          MR. NAZARIO:  Like what, like stealing cars and

12  shit?

13          [SOURCE]:  Yeah, you know how we used to do.

14          MR. NAZARIO:  Yeah, you just admit to it.

15          [SOURCE]:  You just fucking -- Tony said that they

16  was going to fucking -- they gave him a polygraph test and

17  they was asking all sorts of shit, nigger, like, he ever

18  fucking shoot anybody or fucking did any other shit, man,

19  and I was just fucking thinking, Dog.

20          MR. NAZARIO:  Yeah, 'cause like -- this is how the

21  polygraph test works.  First it's a written test, all

22  right?

23          [SOURCE]:  Yeah.

24          MR. NAZARIO:  All the questions they're going to

25  ask you, they're going to write it down first, and they
```

1  want you to write down your answer.  And this is before

2  they put like that shit on you.  So they'll ask you

3  something like, have you ever committed a felony since the

4  age of 18, all right?  I write down, I write down, no, on

5  the paper.  And then they ask me something like, have I --

6  how many times have I smoked weed when I was a minor, or

7  whatever.  You know, I put down like, fifty times, and I

8  write that shit.

9        [SOURCE]:  Yo, this is my main concern, nigger.

10  This can't go anywhere between me and you, all right?

11        MR. NAZARIO:  Yeah.

12        [SOURCE]:  Yo, what if they ask if you ever

13  murdered somebody, nigger?

14        MR. NAZARIO:  If you murdered somebody?  Just be

15  like, yeah, I was in combat.  And they waive all that shit.

16  'Cause like a lot of the shit that they put on that

17  polygraph --

18        [SOURCE]:  Yeah.

19        MR. NAZARIO:  -- you do a lot of that shit in

20  combat.  Like they ask you, have you ever stole somebody's

21  car?  And I was like, yeah, Dog, we fucking stole cars all

22  the time in Iraq.  They was like, okay, fucking -- and they

23  move onto the next shit.

24        [SOURCE]:  So that murder shit, that's probably --

25  they ain't going to ask me nothing like that, nigger,

1    you're sure?

2         MR. NAZARIO:  Well, no, they're going to ask you

3    have you ever freaking killed somebody.

4         [SOURCE]:  Yeah.

5         MR. NAZARIO:  I was, yeah, I killed a lot of

6    people.

7         [SOURCE]:  But that's what I'm saying -- okay,

8    remember that, remember that, you remember that time,

9    nigger?  Remember that time?

10        MR. NAZARIO:  Yeah, man, yeah, I (INAUDIBLE)

11        [SOURCE]:  (INAUDIBLE) those four niggers?

12        MR. NAZARIO:  Yeah, I told them.

13        [SOURCE]:  That's not murder though, is it?  I

14   mean, we had the right orders, didn't we?

15        MR. NAZARIO:  Yeah.

16        [SOURCE]:  Who gave us the orders though, nigger?

17        MR. NAZARIO:  I did.

18        [SOURCE]:  You did?

19        MR. NAZARIO:  Yeah.

20        [SOURCE]:  So it was a legit order?

21        MR. NAZARIO:  (INAUDIBLE)

22        [SOURCE]:  So it's not even lying, it's combat?

23        MR. NAZARIO:  Yeah.  You don't got to explain.

24   All you got to say is it's combat related.  Yeah, I broke

25   down doors, it was combat related.  Yeah, I broke into

1  people's houses, it was combat related.

2          [SOURCE]:  So did --

3          MR. NAZARIO:  Did I kill people -- they don't ask

4  you details, they're like, oh, it's combat.  Yeah, they

5  don't ask you details.

6          [SOURCE]:  All right.  If they, if they say that

7  shit, and they're like fucking, who gave you the order?  I

8  ain't going to say your name.  Who gave you the order?

9          MR. NAZARIO:  The shit came from my fucking

10  lieutenant.

11          [SOURCE]:  Lieutenant?  What was his -- Grapes?

12          MR. NAZARIO:  Yeah.  But they're not going --

13  yeah.  They're not going to ask names.  Not even Grapes,

14  man.  That shit is coming from the (INAUDIBLE) Commanders.

15  We got to get from point A to point Barreto and we ain't

16  got time to throw motherfuckers on the truck 'cause we

17  moving.

18          [SOURCE]:  Okay.  So, but, if anything, I can

19  fucking just be like, yeah, it was combat, and then that's

20  it, they ain't even going to ask no more questions?

21          MR. NAZARIO:  That's, that's it, they don't get in

22  to it.

23          [SOURCE]:  I hope they don't bring that shit up,

24  nigger.

25          MR. NAZARIO:  They're not, man.  I was nervous

1   about it too.  I was like, yo, am I going to have to give

2   details?  But they don't -- they want to know shit that's

3   illegal.

4          [SOURCE]:  Okay.

5          MR. NAZARIO:  What we did, what we did wasn't

6   illegal.

7          [SOURCE]:  Yeah.

8          MR. NAZARIO:  It was, you know, a decision we made

9   because it was the outcome that's the best.  So it was, it

10   was a decision.  You can't play Monday morning quarterback,

11   bro.

12          [SOURCE]:  Nigger, let me tell -- thank you for

13   fucking talking to me, nigger, 'cause I -- that's the only

14   thing I was scared of.

15          MR. NAZARIO:  Yeah.

16          [SOURCE]:  So now, if I come up to that Riverside

17   joint, hey, is there any way like -- if I say, hey, you

18   know, I go up there and take the test and be like, hey, my

19   man, you know, my man, Nazario hit me up, do they give you

20   like a bonus, nigger?  'Cause if so, nigger, we can do

21   this.

22          MR. NAZARIO:  Yeah, I --

23          [SOURCE]:  Because I get off in about 6 months

24   though, nigger.  You know what I'm saying?  I'm trying to

25   make this shit come true.

1      MR. NAZARIO:  Take your test now --

2      [SOURCE]:  Yeah.

3      MR. NAZARIO:  And they ask you, do you have any

4  friends or anybody --

5      [SOURCE]:  I could put you down?

6      MR. NAZARIO:  (INAUDIBLE) -- yeah, put me down,

7  bro.  Let me see, what else?  After you take the polygraph

8  and the physical, you're going to go to the academy.  You

9  got two different academies.

10      [SOURCE]:  Oh, there's two different academies?

11      MR. NAZARIO:  Yeah, there's -- well, you're going

12  to go to one of the two 'case there's two different places

13  and wherever they got room for you.  It's like 6 months,

14  but you go home every day.  You go home every night.

15      [SOURCE]:  Okay.

16      MR. NAZARIO:  You still get your holidays and shit

17  off.  One is in Van Buren, in Riverside.

18      [SOURCE]:  Yeah.

19      MR. NAZARIO:  And the other one is in San

20  Bernardino County.  I don't know where the fuck that is.

21      [SOURCE]:  (INAUDIBLE) but Riverside is -- you

22  know, I don't even -- do you know the area around there?

23  Do they give you like maps, or how do you know if they --

24  they say they got a domestic disturbance, nigger.  I don't

25  know anything about Riverside, son, so do they --

1    MR. NAZARIO:  (INAUDIBLE) I got (INAUDIBLE) and

2    like two other motherfuckers from New York that are there,

3    and we all had hard times learning the streets.  You have

4    navigation in the car.

5    [SOURCE]:  But they're patient with you though,

6    right?  You know what I mean?

7    MR. NAZARIO:  Yeah, yeah, yeah.

8    [SOURCE]:  It ain't like, fucking, you know how

9    they do in the Marines, they ain't fucking --

10   MR. NAZARIO:  (INAUDIBLE) I still don't know -- I

11   don't know the whole city out here.  That's why I use my

12   navigation in the car.  You have like this map book for

13   navigation.

14   [SOURCE]:  Okay.

15   MR. NAZARIO:  So we got this electronic --

16   everybody gets to have a computer in their car and, you

17   know, that's what gets me from point A to point Barreto.

18   [SOURCE]:  Damn, I'm fucking mad, jealous right

19   now, son.  How come you ain't tell me you was planning to

20   do that?  We could have made moves together, son.

21   MR. NAZARIO:  Well, shit, I didn't -- I don't want

22   to bring nobody with me 'cause I didn't know if it was a

23   good idea or not.

24   [SOURCE]:  Nigger, it's better than what the fuck

25   we're doing now, son.

1    MR. NAZARIO:  Yeah, but back then when I was

2  like taking my polygraph, I was like, what the fuck am I

3  getting into, man, I don't know shit about Riverside.  I

4  was like, okay, let me get in, and if it's good, I'll keep

5  my foot in the door if somebody else wants to come through.

6    [SOURCE]:  (INAUDIBLE)

7    MR. NAZARIO:  I'm telling you, you're going to be

8  making mad money.  I mean mad money.

9    [SOURCE]:  (INAUDIBLE) making loot (Phonetic Sp.).

10    MR. NAZARIO:  You're going to be making loot, and

11  you're going to be fucking doing fun shit, man.  Doing fun

12  shit.  You can fuck around with people too.  You talk to

13  them how you want, like, like (INAUDIBLE) you're just

14  driving around.  You don't have a quota to meet, you don't

15  got to, you don't got to do shit.  You don't got to give

16  somebody a ticket if you pull them over.

17    [SOURCE]:  Oh, you don't?

18    MR. NAZARIO:  No.

19    [SOURCE]:  You don't got to make like no quota?

20  So you're just -- you're just basically patrolling, but in

21  a safe area then?

22    MR. NAZARIO:  Yeah, that's all we do.  We're

23  patrolling, and then we got like -- let me see, like two

24  bad neighborhoods in Riverside, and when I say bad

25  neighborhoods, it's bad for California.  It ain't bad for

1    like (INAUDIBLE)

2         [SOURCE]:  (INAUDIBLE) back in Brooklyn and shit.

3         MR. NAZARIO:  Yeah.  I was like, okay, you got

4    this one street out here, (INAUDIBLE) Street, where you got

5    some people drinking beers outside and, you know, you got

6    some (INAUDIBLE) and shit out there (INAUDIBLE) dope and

7    shit.  I was like, okay, everybody's scared of this block.

8    I was like, this (INAUDIBLE) ain't shit, man, I was born, I

9    was born living in this shit --

10        [SOURCE]:  Hell, yeah, tell them niggers to go to

11   (INAUDIBLE) and see how they like that shit.

12        MR. NAZARIO:  Yeah.  And then like Casablanca,

13   that's like a Spanish neighborhood.  They shot down like a

14   police helicopter like a few years back or something.  So

15   they're still scared of this place.  Like (INAUDIBLE)

16   automatic weapons and shit.  I'm like, yo, fucking, that's

17   what I'm used to, man.  That's how it is.

18        [SOURCE]:  Hold on.

19        *What?  What?  Go back on the gate (Phonetic Sp.),*

20   *son.*

21        These nigger's is -- somebody's fucking -- they

22   don't know how to write tickets and shit.  I got to go back

23   to work, nigger.  Hey, what time do you got to go to work

24   so I can call you?

25        MR. NAZARIO:  I work swing shifts. I work from 3

1    o'clock in the afternoon to 1 o'clock in the morning.  I

2    only work four days a week, we always get three day

3    weekends.

4              [SOURCE]:  So if I call you like this time

5    tomorrow, you'll be good?

6              MR. NAZARIO:  Yeah, I'll be good.

7              [SOURCE]:  All right, my nigger.  Yo, thanks for

8    the fucking -- you're a lifesaver, son.

9              MR. NAZARIO:  Yeah, man, I'll look out for you,

10   man.  Give me a call.

11             [SOURCE]:  No doubt, my nigger.

12             MR. NAZARIO:  What I want you to do, like, take a

13   -- do a ride along.  You know what a ride along is?

14             [SOURCE]:  Yeah, yeah, a ride along.

15             MR. NAZARIO:  Yeah, just -- go to one of the

16   stations and like, yeah, I want to fucking ride.  Come to

17   my station, man.  Just tell them you want to ride with me.

18   We'll fucking cruise, throw some motherfuckers in jail and

19   shit.

20             [SOURCE]:  All right, my nigger.  Yo, don't forget

21   about me, son.

22             MR. NAZARIO:  Oh, no, I got your number.

23             [SOURCE]:  All right, my nigger.

24             MR. NAZARIO:  All right, call me.

25             [SOURCE]:  All right.

1          MR. NAZARIO:   Later.

2          (Whereupon, the phone call ended.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            CERTIFICATE

2           I hereby certify that the foregoing is a true and

3    accurate transcription, to the best of my skill and

4    ability, from a CD.

5

6                          /S/

7                    Debbie Serio, Transcriber

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947