**PRIORITY SEND**
**cc:  USM-ED, PSA-ED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3470 Twelfth Street, Riverside, California
<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.    EDCR 07-00127 SGL                                             Date: June 18, 2008
========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | none | AUSA, Jerry Behnke |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Charles Kovats |
| | | Asst. U.S. Attorney |
| | | (Not present) |

========================================================================
U.S.A. vs (Dfts listed below)            Attorneys for Defendants

1)   JOSE LUIS NAZARIO, JR.                1)   Kevin B. McDermott
     Not present on bond                        Douglas L. Applegate
                                                Emery B. Ledger
                                                Not present/ retained counsel

_____

PROCEEDINGS:    NOTICE AND ORDER RE-SETTING TIME FOR PRETRIAL CONFERENCE
                AND HEARING ON MOTION IN LIMINE

                (IN CHAMBERS)

     Counsel are hereby notified that the June 23, 2008, hearing on Motion-In-Limine and Pretrial Conference, is re-set from 2:00 p.m., to 3:00 p.m.;   the parties are requested to appear at that time in Courtroom One.

     IT IS SO ORDERED.

                                                        Initials of Deputy Clerk:  jh

CRIMINAL MINUTES - GENERAL