THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN: 180462)
CHARLES KOVATS (SBN: 184185)
Assistant United States Attorneys
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone: (951) 276-6211
    Facsimile: (951) 276-6202
    E-mail: Jerry.Behnke@usdoj.gov
           Charles.Kovats@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 07-127-SGL |
| Plaintiff, | [~~PROPOSED~~] ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY |
| v. | |
| JOSE LUIS NAZARIO, | Trial Date: July 8, 2008 |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witnesses whom the government may call at trial. The purpose of this order is to enable defendant to prepare his defense and to permit compliance with the disclosure provisions of the Jencks Act, Title 18, United States Code, Section 3500.

IT IS FURTHER ORDERED that defense counsel shall not disclose this grand jury testimony to any other person or persons, except as necessary in preparation of the defense,

without prior authorization from this Court, and that the copies of the testimony provided to defense counsel shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

DATED: June 18, 2008.

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE