```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SHERI PYM
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    JERRY A. BEHNKE (SBN: 180462)
 4  CHARLES J. KOVATS (SBN: 184185)
    Assistant United States Attorneys
 5       3880 Lemon Street, Suite 210
         Riverside, California 92501
 6       Telephone:  (951) 276-6211
         Facsimile:  (951) 276-6202
 7       E-mail:  Jerry.Behnke@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. ED CR 07-127-SGL |
| | ) | |
| Plaintiff, | ) | <u>EX PARTE APPLICATION TO CONTINUE</u> |
| | ) | <u>TRIAL DATE; [PROPOSED] ORDER</u> |
| v. | ) | |
| | ) | Current Date: July 8, 2008 |
| JOSE LUIS NAZARIO, JR., | ) | Proposed Date: August 12, 2008 |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby applies to this Honorable Court for an order continuing the trial date to August 12, 2008 with a pretrial hearing on July 28, 2008.

This application is based on the attached points and authorities, the attached declaration of Jerry A. Behnke, the

///
///
///

declaration of Jerry A. Behnke filed under seal and in camera, and the files and records in this case.

DATED: June 20, 2008          Respectfully submitted,

                              THOMAS P. O'BRIEN
                              United States Attorney

                              SHERI PYM
                              Assistant United States Attorney
                              Chief, Riverside Office

                                      /s/

                              JERRY A. BEHNKE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America

2

MEMORANDUM OF POINTS AND AUTHORITIES

The Indictment in this case was filed on September 4, 2007. Defendant first appeared before a judicial officer in this Court on August 16, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that defendant's trial commence on or before November 13, 2007.

On September 12, 2007, defendant was arraigned on the Indictment and the court set a trial setting conference for September 24, 2007. On September 24, 2007, based on a request by the parties, the Court continued the trial setting conference and scheduled a hearing on any discovery motions for November 19, 2007. The Court found that the period from September 24, 2007 to November 19, 2007 was excludable time within the meaning of the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

Based on a stipulation by the parties, the Court continued the trial setting conference and hearing on any discovery motions to December 17, 2007. The Court found that the period from November 19, 2007 to December 17, 2007 was excludable time within the meaning of the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

At the motion hearing and trial setting conference on December 17, 2007, defendant requested that this matter be set for a hearing on a motion to dismiss the indictment on March 3, 2008. The Court continued the trial setting conference and hearing on any motion to dismiss to March 3, 2008. The Court found that the period from December 17, 2007 to March 3, 2008 was

excludable time within the meaning of the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

At the hearing on March 3, 2008, the Court set a trial date of July 8, 2008. The Court found that the period from March 3, 2008 to July 8, 2008 was excludable time within the meaning of the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

Based on the above, the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., now requires that defendant's trial commence on or before August 27, 2008.

Based on the facts set forth in the declarations of Jerry A. Behnke, the government hereby requests that the Court continue the trial date to August 12, 2008. While the government believes it has set forth good cause for a finding of excludable time under 18 U.S.C. § 3161(h)(3) and (h)(8)(A), even if the Court disagrees and does not find that the requested period is excludable, the requested continuance would still result in a trial within the time required by the Speedy Trial Act.

DECLARATION OF JERRY A. BEHNKE

I, Jerry A. Behnke, declare as follows:

1.  I am an Assistant United States Attorney ("AUSA") for the Central District of California and am one of the AUSAs assigned to handle the matter of United States v. Jose Nazario, ED CR 07-127-SGL. I make this declaration in support of the government's application to continue the trial date to August 12, 2008.

2.  Jury trial is presently scheduled for July 8, 2008 with a pretrial hearing and hearing on motions in limine on June 23, 2008.

3.  One of the government's witnesses in this matter is Paul Pritchard ("Pritchard"). Pritchard is a Warrant Officer currently on active duty in the United States Marines. On November 9, 2004, Pritchard was responsible for maintaining the detainee logbook where information was recorded about persons detained during the combat operations in Fallujah. Pritchard is expected to testify that numerous detainees were captured and transported to the detainee processing area on November 9, 2004 by various Marine units including defendant's Company. This testimony will establish that prisoners were taken on November 9, 2004 and that there was no "take no prisoners" order in place during the battle, as it is expected the defendant may try to prove.

4.  I have been informed that Pritchard is currently deployed to Iraq and is scheduled to return to California on

August 5, 2008. According to Pritchard's command, while they can make him available for a July 8 trial date, doing so would result in substantial hardship to the unit as they would be unable to replace him during the period that he is away from the unit and he is needed by the unit during July to help train his replacement.

5. Another anticipated government witness is Captain Jon Vaughn. Capt. Vaughn is a Marine attorney who is expected to testify that he provided training to defendant's unit on several occasions prior to the Fallujah operation, including a briefing just days before November 9, 2004. He will testify that the training included training regarding the proper handling and treatment of detainees. He will testify that Marines are taught that, among other things, they had a duty to do no harm to detainees, including persons who had surrendered.

6. Capt. Vaughn has informed me that is scheduled to attend a training course that he needs for his next assignment and that the training is only offered once per year. The training is scheduled for the week of July 7-11, 2008.

7. The government requests that the trial be continued to August 12, 2008 in order to accommodate the above witnesses.

I swear under penalty of perjury the foregoing is true and correct to the best of my knowledge.

/s/

Dated: June 20, 2008   _____

JERRY A. BEHNKE