THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN: 180462)
CHARLES J. KOVATS (SBN: 184185)
Assistant United States Attorneys
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone:  (951) 276-6211
    Facsimile:  (951) 276-6202
    E-mail:  Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSE LUIS NAZARIO, JR.,<br><br>             Defendant. | No. ED CR 07-127-SGL<br><br>[PROPOSED] FINDINGS AND ORDER REGARDING CONTINUANCE OF TRIAL AND EXCLUDABLE TIME |

IN THE ABOVE-CAPTIONED MATTER:

1.   The Indictment in this case was filed on September 4, 2007.  Defendant first appeared before a judicial officer in the court in which this charge is pending on August 16, 2007.  The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that defendant's trial commence on or before November 13, 2007.

2.   On September 12, 2007, defendant was arraigned on the Indictment and the court set a trial setting conference for September 24, 2007.

3.   On September 24, 2007, based on a request by the

1 | parties, the Court continued the trial setting conference and
2 | scheduled a hearing on any discovery motions for November 19,
3 | 2007.  The Court found that the period from September 24, 2007 to
4 | November 19, 2007 was excludable time within the meaning of the
5 | Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

6 |     4.   Based on a stipulation by the parties, the Court
7 | continued the trial setting conference and hearing on any
8 | discovery motions to December 17, 2007.  The Court found that the
9 | period from November 19, 2007 to December 17, 2007 was excludable
10 | time within the meaning of the Speedy Trial Act of 1974, 18
11 | U.S.C. § 3161 et seq.

12 |     5.   At the motion hearing and trial setting conference on
13 | December 17, 2007, defendant requested that this matter be set
14 | for a hearing on a motion to dismiss the indictment on March 3,
15 | 2008.  The Court continued the trial setting conference and
16 | hearing on any motion to dismiss to March 3, 2008.  The Court
17 | found that the period from December 17, 2007 to March 3, 2008 was
18 | excludable time within the meaning of the Speedy Trial Act of
19 | 1974, 18 U.S.C. § 3161 et seq.

20 |     6.   At the hearing on March 3, 2008, the Court set a trial
21 | date of July 8, 2008.  The Court found that the period from March
22 | 3, 2008 to July 8, 2008 was excludable time within the meaning of
23 | the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

24 |     7.   The government has moved to continue the trial to
25 | August 12, 2008.

26 |     Based upon the government's application and declarations of

Jerry A. Behnke and on the files and records in this case, THE COURT FINDS that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the trial in this matter is continued to August 12, 2008 at 9:30 a.m. with a pretrial hearing on July 28, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 8, 2008 to August 12, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(3) and (h)(8)(A) because it results from a continuance granted by the court at the request of the government on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and based on the Court's finding that key witnesses are currently unavailable.

///
///
///

1  Nothing in this order shall preclude a finding that other
2  provisions of the Speedy Trial Act dictate that additional time
3  periods are excludable from the period within which trial must
4  commence.
5   IT IS SO ORDERED.

6
   Dated: June ____, 2008
7                                        HONORABLE STEPHEN G. LARSON
                                         United States District Judge
8

9  Presented by:

10     /s/

11 JERRY A. BEHNKE
   Assistant United States Attorney
12

...

28                                4