FILED
2008 JUL -9 PM 2:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS NAZARIO, JR., Defendant. | ED CR 07-127(A)-SGL<br><br>F I R S T S U P E R S E D I N G I N D I C T M E N T<br><br>[18 U.S.C. §§ 1112, 3261(a)(2): Voluntary Manslaughter; 18 U.S.C. §§ 113(a)(3), 3261(a)(2): Assault With A Dangerous Weapon; 18 U.S.C. §§ 924(c)(1)(A)(iii), 3261(a)(2): Discharging Firearm During A Crime Of Violence; 18 U.S.C. § 2(b): Causing An Act To Be Done] |

The Grand Jury charges:

GENERAL ALLEGATIONS

1. On or about November 9, 2004, defendant JOSE LUIS NAZARIO, JR., was a member of the Armed Forces subject to Chapter 47 of Title 10 (the Uniform Code of Military Justice).

2. On or about October 11, 2005, defendant JOSE LUIS NAZARIO, JR., was discharged from the Armed Forces.

3. The acts described in Counts One, Two, and Three of this First Superseding Indictment occurred in Fallujah, Iraq,

outside the United States.

4. Venue for the trial of the offenses charged in this First Superseding Indictment lies within the Central District of California.

5. The conduct described in Counts One, Two, and Three of this First Superseding Indictment would have constituted offenses punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

///

///

///

COUNT ONE

[18 U.S.C. §§ 1112, 3261(a)(2), 2(b)]

6. The General Allegations set forth in Paragraphs One through Five of this First Superseding Indictment are realleged and incorporated herein as if set out in full.

7. On or about November 9, 2004, in Fallujah, Iraq, defendant JOSE LUIS NAZARIO, JR., upon heat of passion, unlawfully and intentionally killed, and willfully caused others to kill, four human beings.

///
///
///

COUNT TWO

[18 U.S.C. §§ 113(a)(3), 3261(a)(2), 2(b)]

8. The General Allegations set forth in Paragraphs One through Five of this First Superseding Indictment are realleged and incorporated herein as if set out in full.

9. On or about November 9, 2004, in Fallujah, Iraq, defendant JOSE LUIS NAZARIO, JR., intentionally assaulted, and willfully caused others to assault, four human beings with a dangerous weapon, namely, a firearm, with intent to do bodily harm.

///

///

///

COUNT THREE

[18 U.S.C. §§ 924(c)(1)(A)(iii), 3261(a)(2)]

10. The General Allegations set forth in Paragraphs One through Five of this First Superseding Indictment are realleged and incorporated herein as if set out in full.

11. On or about November 9, 2004, in Fallujah, Iraq, defendant JOSE LUIS NAZARIO, JR., knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, voluntary manslaughter, in violation of Title 18, United States Code, Sections 1112, 3261(a)(2), 2(b), as charged on Count One of this First Superseding Indictment; and assault with a dangerous weapon with intent to do bodily harm, in violation of Title 18, United

///

///

///

States Code, Sections 113(a)(3), 3261(a)(2), 2(b), as charged in Count Two of this First Superseding Indictment, and, in so doing, discharged that firearm.

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

JERRY A. BEHNKE
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

CHARLES J. KOVATS
Assistant United States Attorney
Riverside Branch Office