UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number **EDCR07-127-SGL**  Defendant Number **1 of 1**
U.S.A. v. **Jose Luis Nazario, Jr.**  Year of Birth **1979**
☑ Indictment   ☐ Information  Investigative agency (FBI, DEA, etc.) **NCIS**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:  ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
b. Date of offense **November 9, 2004**
c. County in which first offense occurred
   **Offense occurred in Iraq. Venue is in Riverside County.**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☑ Other **Fallujah, Iraq**
Citation of offense **18 USC 1112 & 3261(a)(2); 18 USC 113 & 3261(a)(2); 18 USC 924(c) & 3261(a)(2)**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** **N/A**

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: **August 6, 2007**
Case Number **ED 07-244M**
Charging **18 USC 1112 & 3261(a)(2)**

The complaint:  ☑ is still pending
☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED **2 BUSINESS DAYS BEFORE THE ARRAIGNMENT** IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the **1st** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**September 4, 2007**
Case Number **ED CR 07-127-SGL**

The superseded case:
☑ is still pending before Judge/Magistrate Judge **Larson**
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED **2 BUSINESS DAYS BEFORE THE ARRAIGNMENT** IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes    ☑ No
IF YES, list language and/or dialect:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☑ Male
- ☐ Female
- ☑ U.S. Citizen
- ☐ Alien
- Alias Name(s) _____

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☑ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: August 7, 2007
b. Posted bond at complaint level on: August 16, 2007 in the amount of $ 50,000
c. PSA supervision?   ☑ Yes   ☐ No
d. Is a Fugitive   ☐ Yes   ☑ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☑ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date July 8, 2008

Signature of Assistant U.S. Attorney

Jerry A. Behnke
*Print Name*