*Memorandum*

| Subj: | Date: |
|---|---|
| United States v. Jose Luis Nazario, Jr. | July 8, 2008 |

| To: | From: |
|---|---|
| SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | JERRY A. BEHNKE<br>Assistant United States Attorney<br>Criminal Division |

FILED 2008 JUL -9 PM 2:00 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

The matter relating to the above-referenced criminal action, United States v. Jose Luis Nazario, Jr., being filed on July 9, 2008,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

JERRY A. BEHNKE
Assistant United States Attorney
Criminal Division