*Memorandum*

FILED

| Subj:<br>United States v. Jose Luis Nazario, Jr. | Date:<br>July 9, 2008 2:00 PM |
|---|---|

| To: | SHERRI R. CARTER<br>Clerk, United States District Court<br>Central District of California | From: | JERRY A. BEHNKE<br>Assistant United States Attorney<br>Criminal Division |
|---|---|---|---|

The accompanying matter being filed on September 4, 2007,

\_\_\_\_ relates to     \_\_X\_\_ does not relate to

(1) a matter pending in the Riverside Branch Office of the United States Attorney's Office ("USAO") on or before October 12, 2006, the date on which John C. Rayburn, Jr. resigned his appointment in that office; (2) a matter pending in the Santa Ana Branch Office of the USAO on or before December 16, 2001, or (3) a matter in which John C. Rayburn, Jr. was personally involved or on which he was personally consulted while employed in the USAO.

\_\_\_\_ relates to     \_\_X\_\_ does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

\_\_\_\_ relates to     \_\_X\_\_ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

\_\_\_\_ relates to     \_\_X\_\_ does not relate to

(1) a matter pending in the Major Frauds Section of the USAO on or before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the USAO.

\_\_\_\_ relates to     \_\_X\_\_ does not relate to

(1) a matter pending in the Narcotics Section of the USAO on or before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the USAO.

JERRY A. BEHNKE
Assistant United States Attorney