PRIORITY SEND
cc: USM-ED, PSA-ED, USPO-ED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3470 Twelfth Street, Riverside, California
CRIMINAL MINUTES -- GENERAL

Case No.  EDCR 07-00127 (A) SGL                                  Date: July 14, 2008
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Pamela Cotton | AUSA, Jerry Behnke |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Charles Kovats |
|  |  | Asst. U.S. Attorneys |

================================================================
U.S.A. vs (Dfts listed below)                Attorney for Defendant

1)   JOSE LUIS NAZARIO, JR.              1)   Kevin B. McDermott
     Present on Bond                          Retained Counsel Present

_____

PROCEEDINGS:   (1)   ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT
               (2)   PRETRIAL CONFERENCE AND HEARING ON GOVERNMENT'S
                     MOTION IN LIMINE

   The defendant was arraigned on the First Superseding Indictment filed under docket No. EDCR 07-00127-(A) SGL.  The defendant entered a not guilty plea to all charges as contained therein.  The defendant, through his retained counsel, does not request a continuance of the present trial date of August 19, 2008.  Counsel announce ready to proceed to trial on August 19, 2009, at 9:30 a.m.

   Motion-in-Limine Hearing

   The Court having considered argument of counsel on government's motion-in-limine (docket No. 44) , as well as defendant's response thereto, the Court GRANTS in part and DENIES in part in the manner and for the reasons as set forth on the record.

CRIMINAL MINUTES - GENERAL                           Initials of Deputy Clerk: jh
                                                     Time: 0/42

<u>Pretrial Conference</u>

Counsel agreed to a final pretrial conference and status hearing being set prior to trial; accordingly, a Final Pretrial Conference and Status Conference hearing is set in this matter for August 18, 2008, at 1:30 p.m., in Courtroom One.

IT IS SO ORDERED.