```
THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Office
JERRY A. BEHNKE (SBN 180462)
CHARLES J. KOVATS (SBN 184185)
Assistant United States Attorneys
     3880 Lemon Street, Suite 210
     Riverside, California 92501
     Telephone:  (951) 276-6211
     Facsimile:  (951) 276-6202
     E-mail: Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSE LUIS NAZARIO, JR.,<br><br>           Defendant. | No. ED CR 07-127(A)-SGL<br><br>EX PARTE APPLICATION FOR ORDER COMPELLING TESTIMONY OF JERMAINE NELSON PURSUANT TO 18 U.S.C. § 6001, ET SEQ.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF THOMAS P. O'BRIEN; EXHIBITS; PROPOSED ORDER |

The United States Attorney hereby applies to this Honorable Court for an order compelling Jermaine Nelson ("Nelson") to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001, et seq., and respectfully represents as follows:

1.   Jermaine Nelson ("Nelson") has been subpoenaed to testify before this Court on August 19, 2008.

2.   Counsel for Nelson has represented that Nelson will refuse to answer questions in this matter, invoking the

constitutional privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony of Nelson may be necessary to the public interest;

4. John Roth, an authorized Acting Deputy Assistant Attorney General of the United States, has approved this application for an order instructing Nelson to testify pursuant to 18 U.S.C. § 6002 and 28 C.F.R. § 0.175(a).

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001, et seq., the United States Attorney requests that the court order Nelson to give testimony relating to all matters within his knowledge about which he may be interrogated in this matter.

In support of this motion, the United States Attorney submits herewith the attached declaration of Thomas P. O'Brien, exhibit, and proposed order.

DATED: 8·5·08

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

SHERI PYM
Assistant United States Attorney
Chief, Riverside Office

JERRY A. BEHNKE
CHARLES J. KOVATS
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

2

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness before this Court in this matter. Section 6003(b) provides that the United States Attorney may request such an order when in his judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination. The attached Declaration of Thomas P. O'Brien, the United States Attorney, establishes that in his judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of his privilege against self-incrimination. Section 6003(a) provides that "the United States district court . . . shall issue . . . upon the request of the United States Attorney . . . , an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination." The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.

3

DECLARATION OF THOMAS P. O'BRIEN

I, Thomas P. O'Brien, declare as follows:

1. I am the United States Attorney for the Central District of California.

2. Assistant United States Attorney Jerry Behnke has presented the facts of this case to me and, in my judgment, the testimony of Jermaine Nelson may be necessary to the public interest.

3. Assistant United States Attorney Jerry Behnke has advised me of the following matters:

    a. Trial is currently pending in this matter.

    b. Jermaine Nelson has been subpoenaed to testify in this matter on August 19, 2008.

    c. Joseph Low, counsel for Jermaine Nelson, has stated that Nelson will refuse to answer questions, invoking the privilege against self incrimination.

    d. Assistant United States Attorney Jerry Behnke is available to consult with the court.

4. The Acting Staff Judge Advocate to the Commander, U.S. Marine Corps Forces, Central Command, has stated that the command and military prosecution in the court-martial case of <u>United States v. Sergeant Jermaine A. Nelson</u> will not attempt to obtain or use Sgt. Nelson's compelled testimony offered in this case at Sgt. Nelson's court-martial proceeding, except in a prosecution for perjury, giving a false statement, or otherwise failing to comply with an order to testify. A true copy of the letter from

4

the Acting Staff Judge Advocate expressing said position is attached as Exhibit 1.

    5.   An authorized Acting Deputy Assistant Attorney General of the United States has approved the application for an order instructing Nelson to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a). A true copy of the letter from John Roth, Acting Deputy Assistant Attorney General, Criminal Division, Department of Justice, expressing said approval is attached as Exhibit 2.

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: This 5th day of August, 2008

THOMAS P. O'BRIEN
United States Attorney

5