

**UNITED STATES MARINE CORPS**
U.S. MARINE CORPS FORCES CENTRAL COMMAND
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIRFORCE BASE, FLORIDA 33621-5101

IN REPLY REFER TO:
5800
SJA
21 Jul 08

The Honorable Stephen G. Larson
United States District Court
Eastern Division
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Dear Judge Larson:

Subject: DIRECT USE/DERIVATIVE USE OF THE IMMUNIZED TESTIMONY OF SERGEANT JERMAINE A. NELSON USMC IN THE FEDERAL DISTRICT COURT CASE OF *UNITED STATES V. JOSE LUIS NAZARIO JR.* AT SERGEANT NELSON'S SUBSEQUENT MILITARY COURT-MARTIAL

I am the Acting Staff Judge Advocate to the Commander, U.S. Marine Corps Forces, Central Command (MARCENT). In my capacity as the Acting Staff Judge Advocate, I am the primary legal advisor to Lieutenant General Helland, the Convening Authority in the court-martial cases of *United States v. Sergeant Jermaine A. Nelson USMC* and *United States v. Sergeant Ryan G. Weemer USMC*.

I have been advised that the Court requests a position on the direct use/derivative use of the immunized testimony of Sergeant Jermaine A. Nelson USMC provided in the Federal District Court case of *United States v. Jose Luis Nazario Jr.* (Central District of California) at Sergeant Nelson's pending military court-martial. Recently, this office learned that Sergeant Nelson received statutory testimonial immunity pursuant to 18 U.S.C. § 6002 in the case of *United States v. Jose Luis Nazario Jr.* If Sergeant Nelson is compelled to testify at any point at either a Grand Jury proceeding or in Federal District Court in the case of *United States v. Jose Luis Nazario Jr.*, the command and military prosecution will not attempt to obtain or use Sergeant Nelson's compelled testimony offered in the *Nazario* case against Sergeant Nelson at his subsequent military court-marital except in a prosecution for perjury, giving a false statement or otherwise falling to comply with an order to testify. Military case law is bound by U.S. Supreme Court precedent set forth in *Kastigar v. United States*, 406 U.S. 441 (1972).

DIRECT USE/DERIVATIVE USE OF THE IMMUNIZED TESTIMONY OF SERGEANT JERMAINE A. NELSON USMC IN THE FEDERAL DISTRICT COURT CASE OF UNITED STATES V. JOSE LUIS NAZARIO JR. AT SERGEANT NELSON'S SUBSEQUENT MILITARY COURT-MARTIAL

In the companion case of United States v. Sergeant Ryan G. Weemer USMC, the command will ensure that all of the United States' discovery obligations are met.

If you have any further questions on this matter, please contact me at (813) 827-0012.

                                        Sincerely,

                                        K. J. KUMAGAI
                                        Lieutenant Colonel
                                        U.S. Marine Corps Reserves

Copy to:
Riverside USAO (Attn: AUSAs Behnke and Kovats)
DC for Sgt Nelson (all)
OIC, LSSS
OIC LSST-E
File