THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Office
JERRY A. BEHNKE (SBN 180462)
CHARLES J. KOVATS (SBN 184185)
Assistant United States Attorneys
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone:  (951) 276-6211
    Facsimile:  (951) 276-6202
    E-mail: Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR 07-127(A)-SGL |
|     Plaintiff, | |
|     v. | [PROPOSED] O R D E R |
| JOSE LUIS NAZARIO, JR., | |
|     Defendant. | |

    On motion of the United States Attorney for the Central District of California, and it appearing to the satisfaction of the court:

    1.    That Jermaine Nelson has been subpoenaed as a witness to testify in this matter on August 19, 2008; and

    2.    That Jermaine Nelson has refused or will refuse to testify or provide other information on the basis of his privilege against self-incrimination; and

    3.    That in the judgment of the said United States Attorney, the testimony or other information from said Jermaine

Nelson may be necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of the Acting Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003, and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Jermaine Nelson give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in the course of these proceedings.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or information, shall be used against Jermaine Nelson in any criminal case, except that he shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

DATED:   This _____ day of _____ 2008

                              HONORABLE STEPHEN G. LARSON
                              UNITED STATES DISTRICT JUDGE

Presented by:

/s/
_____
JERRY A. BEHNKE
Assistant United States Attorney

2