THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Office
JERRY A. BEHNKE (SBN 180462)
CHARLES J. KOVATS (SBN 184185)
Assistant United States Attorneys
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone: (951) 276-6211
    Facsimile: (951) 276-6202
    E-mail: Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LUIS NAZARIO, JR.,<br><br>    Defendant. | No. ED CR 07-127(A)-SGL<br><br>EX PARTE APPLICATION FOR ORDER COMPELLING TESTIMONY OF RYAN WEEMER PURSUANT TO 18 U.S.C. § 6001, ET SEQ.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF THOMAS P. O'BRIEN; EXHIBITS; PROPOSED ORDER |

    The United States Attorney hereby applies to this Honorable Court for an order compelling Ryan Weemer ("Weemer") to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001, et seq., and respectfully represents as follows:

    1.    Ryan Weemer ("Weemer") has been subpoenaed to testify before this Court on August 19, 2008.

    2.    Counsel for Weemer has represented that Weemer likely will refuse to answer questions in this matter, invoking the

constitutional privilege against self-incrimination.

3.   In the judgment of the United States Attorney, the testimony of Weemer may be necessary to the public interest;

4.   John C. Keeney, an authorized Deputy Assistant Attorney General of the United States, has approved this application for an order instructing Weemer to testify pursuant to 18 U.S.C. § 6002 and 28 C.F.R. § 0.175(a).

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001, et seq., the United States Attorney requests that the court order Weemer to give testimony relating to all matters within his knowledge about which he may be interrogated in this matter.

In support of this motion, the United States Attorney submits herewith the attached declaration of Thomas P. O'Brien, exhibit, and proposed order.

DATED: 8-11-08

Respectfully submitted,

*/s/ Thomas P. O'Brien*
THOMAS P. O'BRIEN
United States Attorney

SHERI PYM
Assistant United States Attorney
Chief, Riverside Office

JERRY A. BEHNKE
CHARLES J. KOVATS
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

2

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness before this Court in this matter. Section 6003(b) provides that the United States Attorney may request such an order when in his judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination. The attached Declaration of Thomas P. O'Brien, the United States Attorney, establishes that in his judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of his privilege against self-incrimination. Section 6003(a) provides that "the United States district court . . . shall issue . . . upon the request of the United States Attorney . . . , an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination." The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.

3

## DECLARATION OF THOMAS P. O'BRIEN

I, Thomas P. O'Brien, declare as follows:

1. I am the United States Attorney for the Central District of California.

2. Assistant United States Attorney Jerry Behnke has presented the facts of this case to me and, in my judgment, the testimony of Ryan Weemer may be necessary to the public interest.

3. Assistant United States Attorney Jerry Behnke has advised me of the following matters:

   a. Trial is currently pending in this matter.

   b. Ryan Weemer has been subpoenaed to testify in this matter on August 19, 2008.

   c. Christopher Johnson, counsel for Ryan Weemer, has stated that it is likely Weemer will refuse to answer questions, invoking the privilege against self incrimination.

   d. Assistant United States Attorney Jerry Behnke is available to consult with the court.

4. An authorized Deputy Assistant Attorney General of the United States has approved the application for an order instructing Weemer to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a). A true copy of the letter from John C. Keeney, Deputy Assistant Attorney General, Criminal Division, Department of Justice, expressing said approval is attached as Exhibit 1.

4

I declare under penalty of perjury that the foregoing is true and correct.

DATED: This 11th day of August, 2008

THOMAS P. O'BRIEN
United States Attorney

5