TOTAL P.01



U.S. Department of ~~~~~

Criminal Division

Washington, D.C. 20530

Office of the Assistant Attorney General

APR 14 2008

The Honorable Thomas P. O'Brien
United States Attorney
Central District of California
Los Angeles, California 90012

Attention:   Jerry A. Behnke
             Assistant United States Attorney

Re:   Grand Jury and Criminal Trial Proceeding
      *United States v. Jose Luis Nazario*

Dear Mr. O'Brien:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Central District of California for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Ryan Gene Weemer to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General

John C. Keeney
Deputy Assistant Attorney General
Criminal Division

TOTAL P.01