

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

```
                                         MCO 3300.4
                                         JAO
                                         20 Oct 03
```

MARINE CORPS ORDER 3300.4

From:  Commandant of the Marine Corps
To:    Distribution List

Subj:  MARINE CORPS LAW OF WAR PROGRAM

Ref:   (a) DOD Directive 5100.77 of 9 Dec 98
       (b) CJCSI 5810.01B
       (c) SECNAVINST 3300.1A
       (d) Geneva Conventions of 1949 for the Protection of War
           Victims
       (e) Hague Convention No. IV of 1907 Respecting the Law
           and Customs of War on Land
       (f) MCO 1510.89A
       (g) MCO 1510.90
       (h) MCO 1510.97

Encl:  (1) Definitions
       (2) Entry-Level Training Objectives
       (3) Follow-On Training Objectives
       (4) Specialized Training Objectives
       (5) Detailed Training Objectives
       (6) Report, Investigation, and Disposition of Alleged Law
           of War Violations ("Reportable Incidents")

1. Situation

    a. Reference (a) directs the Armed Forces of the United States to comply with the law of war during the conduct of military operations, provides policy and guidance, and institutes and assigns responsibilities for implementing the Department of Defense (DOD) Law of War Program. Specifically, reference (a) requires that the Commandant of the Marine Corps (CMC):

        (1) ensures that Marines comply with the law of war during all armed conflicts, however characterized, and with the principles and spirit of the law of war during all other operations;

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

MCO 3300.4
20 Oct 03

(2) implements effective programs to prevent violations of the law of war, including law of war training and dissemination;

(3) ensures that qualified legal advisers are immediately available at all levels of command to provide advice about law of war compliance during planning and execution of exercises and operations; and

(4) implements programs to report and investigate alleged law of war violations.

b. Reference (b) implements the DOD Law of War Program (reference (a)), establishing joint policy, assigning responsibilities, and providing guidance regarding United States law of war obligations, enabling the military services and combatant commands to effect common policy for coordinated actions.

c. Reference (c) implements the DOD Law of War Program (reference (a)), within the Department of the Navy (DON). In addition to the requirements established in reference (a), reference (c) requires that the CMC:

(1) implements programs providing accession (hereinafter referred to as entry level) and specialized law of war training for Marines, as required by their duties and responsibilities;

(2) identifies billets requiring special knowledge of aspects of the law of war, and assigns appropriately trained personnel to those billets;

(3) establishes policies, procedures, and directives to ensure compliance with the law of war; and

(4) implements internal policies and procedures for the prompt reporting of alleged violations of the law of war committed by or against members of the naval establishment.

2. Mission

a. To establish the Marine Corps Law of War Program which complies with DOD requirements, implements doctrine, and establishes appropriate training requirements to

2

MCO 3300.4
20 Oct 03

ensure Marines and civilian members of Marine Corps activities conduct military operations in accordance with applicable laws, regulations, and policies.

    b.  This Order implements the requirements established in the references within the Marine Corps.

    c.  Enclosure (1) contains definitions applicable to this order.

3.  <u>Execution</u>

    a.  <u>Commander's Intent and Concept of Operations</u>

        (1)  <u>Commander's Intent</u>

            (a) Marines and all personnel accompanying Marine Corps forces will conduct all military operations in accordance with applicable laws, regulations, and policies.  In particular, they will comply with the law of war during all armed conflicts and with the principles and spirit of the law of war during all other military operations.

            (b) All plans, policies, directives, publications, and training programs will be consistent with applicable law, regulation, and policy.

        (2) <u>Concept of Operations</u>

            (a) All Marines will receive law of war or operational law training as outlined below.  The training program established in this Order is derived from references (d) and (e), other international treaties and agreements to which the United States is a party, customary international law, United States domestic law, regulation, and policy; and various service and joint directives, publications, and instructions.

                (<u>1</u>) <u>Formal Law of War Training</u>.  In accordance with references (a) and (c), Marines will receive the following law of war training:

                    (<u>a</u>) <u>Entry-Level Training</u>.  All entry-level Marines will receive law of war training as set forth in enclosure (2).

MCO 3300.4
20 Oct 03

            (b) Follow-On Training. Marines attending Marine Corps formal or unit-run schools (not including entry-level formal schools), operational units prior to deployment, and Marines identified by billet in enclosure (3) will receive follow-on law of war training as set forth in enclosure (3).

            (c) Specialized Training. Additional law of war training depends upon a Marine's billet or assigned duties and responsibilities. In particular, all personnel responsible for *directing or planning* combat operations will receive law of war training sufficient to enable them to comply with applicable law, regulation, and policy in all situations reasonably contemplated. Marines serving in functions specified by enclosure (4) will receive "specialized" law of war training as set forth in enclosure (4).

            (d) Detailed Training. All Marine Corps judge advocates will receive "detailed" operational law training as set forth in enclosure (5).

        (2) Follow-on Training Applications. Follow-on level law of war training will be incorporated into realistic training exercises at all operational levels through use of realistic mission-oriented scenarios derived from the training objectives outlined in enclosure (3).

    b. Report, Investigation, and Disposition of Alleged Law of War Violations. All suspected law of war violations committed by or against Marines of personnel accompanying Marine Corps forces will be promptly reported and thoroughly investigated. If appropriate, disciplinary or administrative action will be taken. See enclosure (6) for specific guidance.

    c. Evaluation. The effectiveness of the Marine Corps Law of War Program will be evaluated through the following:

        (1) the Marine Corps Common Skills (MCCS);

        (2) the Marine Air-Ground Task Force (MAGTF) Staff Training Program (MSTP);

        (3) the Marine Expeditionary Unit Special Operations Capable (MEU (SOC)) Certification process, although this

4

MCO 3300.4
20 Oct 03

training is not a prerequisite for a MEU to receive SOC certification; and

    (4) the Naval Inspector General (Deputy Inspector General for Marine Corps Matters) (IGMC) inspections.

4.  <u>Subordinate Element Tasks</u>

    a.  Deputy Commandant for Plans, Policies, and Operations (DC PP&O) will:

        (1) act as primary staff sponsor of the Marine Corps Law of War Program;

        (2) ensure that all plans, orders, policies, directives, publications, and other documents concerning Marine Corps operational matters under his/her cognizance are reviewed by the Staff Judge Advocate to the Commandant of the Marine Corps (SJA to CMC) for consistency with applicable laws, regulations, and policies, including the law of war; and

        (3) coordinate with the SJA to CMC to provide overall coordination, approval, and promulgation of major Marine Corps policies, plans, and training involving the Marine Corps Law of War Program.

    b.  Commanding General, Marine Corps Combat Development Command (CG MCCDC) will:

        (1) In coordination with SJA to CMC, ensure that formal law of war and operational law training required by this Order are incorporated into existing training programs under the cognizance of CG MCCDC, to include:

            (a) entry-level law of war training to be provided in accordance with enclosure (2);

            (b) follow-on law of war training to be provided in accordance with enclosure (3) at formal schools (other than entry-level formal schools), including The Basic School, Expeditionary Warfare School, Command and Control Systems School, MAGTF Intelligence Officers Course, Command and Staff College, Marine Corps War College, and the staff noncommissioned officer academies (including the sergeants courses); and

MCO 3300.4
20 Oct 03

       (c) "detailed" operational law training that meets the training objectives contained in enclosure (5) to be provided to newly accessing Marine Corps judge advocates in conjunction with the Basic Lawyer Course, Naval Justice School, Naval Education & Training Command, Newport, Rhode Island.

     (2) In coordination with SJA to CMC, employ qualified legal instructors, if available, to conduct law of war training during all existing training programs under the cognizance of CG MCCDC, as required in this Order.

     (3) In coordination with SJA to CMC, establish law of war evaluation standards to be incorporated into MCCS.

  c. Marine Forces (MARFOR) Commanders, including Commander, Marine Forces Reserve (COMMARFORRES) will:

     (1) as Service component commanders of unified commands, ensure that all plans, policies, directives, orders, letters of instruction, rules of engagement, and similar documents concerning operational matters, prepared by or subject to review by them, are reviewed by their judge advocates for consistency with applicable laws, regulations, and policiesy, including the law of war;

     (2) include law of war issues in unit training and evaluation, including MSTP and MEU (SOC) Certification (this Order is not intended to add another requirement to attaining SOC certification);

     (3) make available/provide qualified legal instructors for, and conduct:

       (a) follow-on law of war training, in accordance with paragraphs 3a(2)(a)(1)(b) and 3a(2)(a)(2) of this Order;

       (b) "specialized" law of war training in accordance with paragraph 3a(2)(a)(1)(c) of this Order;

     (4) ensure qualified legal advisors are immediately available to operational commanders at all levels of command, in coordination with Deputy Commandant for Manpower & Reserve Affairs (DC M&RA), and SJA to CMC, to provide advice concerning law of war compliance; and

MCO 3300.4
20 Oct 03

      (5) ensure that judge advocates assigned as staff judge advocates, deputy staff judge advocates, or legal advisors to operational commands are granted appropriate clearances and access to classified information and command spaces necessary to carry out their responsibilites under this Order.

   d.  SJA to CMC will:

      (1) provide overall legal guidance for the Marine Corps Law of War Program, including:

         (a) development, oversight, and review of all plans, policies, directives, orders, letters of instruction, and similar documents involving or related to operational matters; and

         (b) coordination of operational law matters with other Federal departments and agencies, including the DOD General Counsel, and the DOD Law of War Working Group;

      (2) conduct periodic reviews of the Marine Corps Law of War Program;

      (3) oversee, approve, coordinate, and monitor Marine Corps plans and policies, curriculum, and instruction for training and education in the law of war and operational law for the "specialized" and "detailed" training levels;

      (4) assist DC PP&O in developing and coordinating Marine Corps plans and policies involving operational law issues, and in reviewing international agreements, treaties, and other matters involving these issues;

      (5) review Headquarters Marine Corps staff agency policies, procedures, plans, directives, publications, and similar documents pertaining to operational matters for conformity with applicable laws, regulations, and policies;

      (6) In coordination with CG MCCDC, create and conduct detailed operational law training required for judge advocates, in accordance with enclosure (5);

MCO 3300.4
20 Oct 03

       (7) <u>Support CG MCCDC</u>:

          (a) Assist in the development and implementation of Marine Corps law of war and operational law training programs, to include providing qualified legal instructors, when available, to conduct Marine Corps follow-on law of war training during all existing training programs under the cognizance of CG MCCDC;

          (b) monitor and review all entry-level and follow-on instruction and instructional materials related to law of war and operational law to ensure the instruction is relevant and consistent with current international law and domestic laws, regulations, and policies; and

          (c) assist in the development and implementation of evaluation standards to be incorporated into MCCS;

       (8) <u>Support MARFOR Commanders</u>:

          (a) assist, approve, develop, and implement law of war training and evaluation programs, including those incorporated into the MSTP and MEU (SOC) Certification process (this Order is not intended to add another requirement to attaining SOC certification);

          (b) review and approve all instruction and instructional materials related to law of war and operational law; and

       (9) assist the Naval Inspector General (Deputy Inspector General for Marine Corps Matters) in developing and implementing inspection procedures to evaluate the Marine Corps Law of War Program.

   e.  The Naval Inspector General (Deputy Inspector General for Marine Corps Matters) will:

       (1) ensure that the inspection program monitors the adequacy of law of war training and the review of Marine Corps plans for conformity with reference (c), and that Marine operations are executed consistent with reference(c);

```
                                                    MCO 3300.4
                                                    20 Oct 03
```

      (2) ensure that reportable incidents involving alleged violations of the law of war committed by or against Marines are investigated; and

      (3) provide a copy of all such investigations to the SJA to CMC.

5. <u>Administration and Logistics</u>.  Violations of the law of war and failure to report and investigate possible law of war violations as required by this Order are punishable under the Uniform Code of Military Justice.

6. <u>Command and Signal</u>

   a. <u>Signal</u>.  This order is effective the date signed.

   b. <u>Command</u>.  This Order is applicable to the Marine Corps Total Force.

*[signature]*

W. L. NYLAND
Assistant Commandant
of the Marine Corps


DISTRIBUTION: PCN 10203213800

    Copy to: 7000260 (55)
           8145005 (2)
           7000099, 144/8145001 (1)

```
                                                    MCO 3300.4
                                                    20 Oct 03
```

## DEFINITIONS

1. <u>Law of War</u>.  The "law of war" is that part of international law that regulates the conduct of armed hostilities.  Frequently, it is referred to as the "law of armed conflict."  The law of war encompasses all international law for the conduct of hostilities binding on the United States or its individual citizens, including treaties and international agreements to which the United States is a party, and applicable customary international law.

2. <u>Operational Law</u>.  "Operational law" is that body of international, foreign (host nation), and United States domestic laws, regulations, and policies that directly affect United States military operations across the operational spectrum--from peacetime activities to combat operations.  Many relevant laws, including domestic laws, regulations, and policies, fall outside the "law of war."

    a. <u>International Law</u>.  The law of war is but one part of international law binding on the United States that may directly affect military operations.  Other treaties, international agreements, and customary law norms governing air, sea, and space use, arms control, status of forces agreements (SOFAs), basing rights, human rights, communications, sovereign and diplomatic relations, criminal jurisdiction, treaty law, and international organizations also comprise critical aspects of "operational law."  Some international agreements, like arms control and human rights agreements, may produce legal obligations that overlap with or require interpretation under the "law of war," while other agreements are entirely distinct from it.  Certain international law obligations between states may change once those states are involved in armed conflict against each other.

    b. <u>Foreign Law</u>.  Except as modified by a SOFA or other multilateral or bilateral agreement with the state concerned, United States peacetime military operations are also subject to the domestic law of nations in which United States forces are deployed.  Armed conflict between two or more states will generally modify the legal obligations between those states, but not as between those states and friendly and neutral nations.

    c. <u>Domestic Law, Regulation, and Policy</u>.  Transcending traditional legal disciplines, operational law also incorporates

```
                                                    ENCLOSURE (1)
```

MCO 3300.4
20 Oct 03

relevant aspects of diverse bodies of United States domestic law; as well as executive orders, administrative regulations, and Department of Defense, Joint, and Service directives and policies that directly affect military operations.  Although domestic laws, regulations, and policies affecting United States military activities, including combat operations, may be related to the "law of war," they are technically distinct from it.

3.  Reportable Incident.  A possible, suspected, or alleged violation of the law of war.

4.  Law of War Program.  The title "Law of War Program" is used in this Order because the United States is bound under international law, as implemented in DOD Directive 5100.77 of 9 Dec 98 and SECNAVINST 3300.1A or their current editions and this Order, to educate its military forces in the "law of war," and to provide legal advisors at all levels to advise commanders concerning "law of war" compliance.  All Marines must, therefore, receive formal "law of war" training.  Marines also require training in certain other aspects of international law and domestic laws, regulations, and policies directly affecting military activities, including combat operations, which fall outside the "law of war."  Accordingly, any reference to "law of war" training in this Order implies an approach incorporating critical relevant aspects of these rules, commensurate with a Marine's duties and responsibilities.

    a.  The term "operational law" is used in this Order in connection with the training and mission-support activities of Marine judge advocates.  These officers will receive detailed training in the myriad laws, regulations, and polices comprising the wider discipline of "operational law."  Any reference to "operational law" training or duties in this Order inherently includes the "law of war."

    b.  Despite association of its title with armed conflict, the DOD Law of War Program implemented by this Order establishes requirements, doctrine, and training that apply to all Marines, at all times, across the spectrum of Marine Corps activities, during peacetime and during any combat operations.

5.  Qualified Legal Instructor.  For purposes of this Order, "qualified legal instructors" in the law of war and operational law are persons, who by their training, education, or

ENCLOSURE (1)

2

```
                                              MCO 3300.4
                                              20 Oct 03
```

experience, have acquired special expertise in the law of war and operational law sufficient to fully and completely address the objectives identified for the program(s); they are expected to teach.

ENCLOSURE (1)

```
                                                          MCO 3300.4
                                                          20 Oct 03
```

## ENTRY-LEVEL TRAINING OBJECTIVES

1. <u>Background</u>

    a. Teaching the basic principles of the law of war at the entry level is an essential element in the establishment of good order and discipline within the Marine Corps, especially as it relates discipline to the use of force in combat. Consequently, all newly accessing Marines must receive entry-level law of war training that meets the training objectives as outlined in paragraph 3 of this enclosure.

    b. Entry-level training must be clear and direct, positive in substance, and dynamic in approach. It will express in simple, succinct form, those restrictions on conduct in combat that are absolute. This training will be designed to ensure that all Marines are aware of, can understand, remember, and meet their responsibilities under the law of war.

    c. Training will emphasize the compatibility of the law of war with the principles of war, tactical considerations, and good leadership. It will stress the overall effective philosophy of the law of war and the United States dedication to adherence to the law of war during the conduct of military operations.

2. <u>Training Requirements</u>

    a. Entry-level law of war training will be provided at the entry-level school deemed appropriate by CG MCCDC, but must be provided to every newly accessing Marine, whether officer or enlisted.

    b. Students will be tested on their understanding of their entry-level training to reinforce that instruction and determine its effectiveness.

    c. Under no circumstances will law of war instruction be merged with any block or area of instruction that will have the effect of minimizing the importance of the law of war or placing in doubt the absoluteness of its principles.

                                                        ENCLOSURE (2)

1

MCO 3300.4
20 Oct 03

3. <u>Entry-Level Training Objsectives</u>.  Entry-level training will teach the following.

    a.  <u>Basic Principles of the Law of War</u>

       (1) Marines fight only enemy combatants.

       (2) Marines do not harm enemy soldiers who surrender.  Marines disarm them and turn them over to their superiors.

       (3) Marines do not torture or kill enemy prisoners of war or detainees.

       (4) Marines collect and care for the wounded, whether friend or foe.

       (5) Marines do not attack medical personnel, facilities, equipment, or chaplains.

       (6) Marines destroy no more than the mission requires.

       (7) Marines treat all civilians humanely.

       (8) Marines do not steal; they respect private property and possessions.

       (9) Marines do their best to prevent violations of the law of war, and report all violations to their superiors.

    b.  <u>Summary</u>.  Marines are disciplined in combat.  Violating the law of war dishonors our Nation, our Marine Corps, and ourselves.  Far from weakening our enemy's will to fight, disobeying the law of war strenghtens it.  Disobeying the law of war is also a crime punishable under the Uniform Code of Military Justice.

ENCLOSURE (2)

2

```
                                                   MCO 3300.4
                                                   20 Oct 03
```

## FOLLOW-ON TRAINING OBJECTIVES

1. <u>Follow-On Training</u>

    a. Follow-on training builds upon the basic concepts imparted during entry-level training, exploring them in more depth and detail, and employing traditional law of war terminology. In addition to fundamental concepts of the law of war, follow-on training teaches Marines central aspects of other laws, regulations, and policies directly affecting military operations.

    b. Follow-on training establishes a baseline for Marines whose military assignment may involve exposure to combat or direct confrontation with a hostile force, or whose military assignment plans for such operations. Marines must possess sufficient comprehension of these rules to enable them to comply with them in the performance of their duties.

    c. Follow-on training must be tailored to the depth and detail commensurate with the Marine's billets, duties, and responsibilities.

    d. Follow-on training will stress the foundational principles upon which the law of war is built; to include, "military necessity" or "military objective", "humanity" or the "avoidance of unnecessary suffering", "proportionality", and "distinction" or "discrimination." These principles are expressed in treaties, principally the Geneva Conventions of 1949 for the protections of war victims, which established humanitarian protections for the victims of war; Hague Convention No. IV of 1907 respecting he law and customs of war on land and its annexed regulations, which regulate the means and methods of conducting warfare; and, in customary international law. Other treaties, such as the Geneva Gas Protocol of 1925 protocol for the prohibition of poisonous gases and bacteriological methods of warfare, the Biological Weapons of 10 Apr 72 Convention, the Chemical Weapons Convention, and the United Nations Convention on Certain Conventional Weapons and its Protocols, also restrict specific aspects of warfare; and important principles of these treaties are included in the training objectives in paragraph 3 of this enclosure. Follow-on training will incorporate central tenets of some or all of the above, as well as relevant domestic laws, regulations, and

```
                                                   ENCLOSURE (3)
```
                            1

MCO 3300.4
20 Oct 03

policies, as appropriate for the audience as outlined in the training objectives in paragraph 3 of this enclosure.

2. <u>Training Requirements</u>

    a. Follow-on law of war training will:

        (1) be taught at all Marine Corps formal schools beyond the entry level, including The Basic School, Expeditionary Warfare School, Command and Control Systems School, MAGTF Intelligence Officers Course, Command & Staff College, staff noncommissioned officers academies, and at locally conducted schools such as sergeants and corporals courses, during operational pre-deployment unit training;

        (2) be incorporated into tactical exercises at all operational levels through use of realistic mission-oriented scenarios derived from the training objectives outlined in paragraph 3 of this enclosure

        (3) meet the training objectives set forth in paragraph 3 of this enclosure; and

        (4) employ instructional materials approved by CG MCCDC, in coordination with the SJA to CMC.

    b. Follow-on law of war training is especially appropriate and highly recommended for Marines serving in the following billets:

        (1) company/battery commanders and executive officers and platoon commanders serving with the operating forces;

        (2) Marine special agents assigned to the Naval Criminal Investigative Service (NCIS) as investigators, and military police investigators in the operating forces;

        (3) civilian NCIS special agents/investigators under the operational control of USMC units; and

        (4) members of interrogator-translator and counterintelligence teams.

ENCLOSURE (3)

2

```
                                                        MCO 3300.4
                                                        20 Oct 03
```

3. <u>Follow-On Training Objectives</u>.  Follow-on training will address, at a level of depth and detail as appropriate, the following:

    a.  Definition, discussion, and illustration of the four major Principles of the law of war in the context of lawful targeting.  The four major principles are:

        (1) Principle of Military Necessity;

        (2) Principle of Distinction or Discrimination;

        (3) Principle of Unnecessary Suffering or Humanity; and,

        (4) Principle of Proportionality.

    b.  Discuss and illustrate the specific protections accorded the following category of persons under the law of war:

        (1) civilians;

        (2) prisoners of war;

        (3) wounded and sick in the field and at sea; and,

        (4) medical personnel, medical units and establishments, and chaplains.

    c.  Define, discuss, and illustrate the following tactics, stratagems, and concepts:

        (1) ruses;

        (2) use of enemy property, to include:

            (a) enemy uniforms;

            (b) colors; and

            (c) equipment.

        (3) treachery and perfidy, to include:

            (a) feigning incapacitation;

MCO 3300.4
20 Oct 0

    (b) feigning surrender;

    (c) feigning civilian or other noncombatant status;

    (d) feigning protected status;

    (e) misuse of Red Cross, Red Crescent, or cultural property; and,

    (f) certain uses of "booby traps;"

   (4) assassination;

   (5) espionage; and,

   (6) reprisals.

 d. Discussion the law, regulation, and policy governing the use of certain weapons and munitions, to include the following:

   (1) Certain small arms projectiles; including hollow point ammunition, sniper rifles, .50 caliber machine guns, and shotguns;

   (2) fragmentation weapons;

   (3) landmines and booby traps;

   (4) incendiaries;

   (5) lasers;

   (6) chemical and biological weapons;

   (7) riot control agents; and,

   (8) non-lethal weapons.

 e. Discussion reasons and obligations to comply with the law of war (even if the enemy does not), the duty to report violations, and the consequences for failing to comply.

 f. Definition, discussion, and illustration rules of engagement and particularly the concept of self-defense, as articulated in CJCSI 3121.01A, or its current edition.

ENCLOSURE (3)