1  THOMAS P. O'BRIEN
   United States Attorney
2  SHERI PYM
   Assistant United States Attorney
3  Chief, Riverside Office
   JERRY A. BEHNKE (SBN 180462)
4  CHARLES J. KOVATS (SBN 184185)
   Assistant United States Attorneys
5       3880 Lemon Street, Suite 210
        Riverside, California 92501
6       Telephone:  (951) 276-6211
        Facsimile:  (951) 276-6202
7       E-mail: Jerry.Behnke@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,       )   ED CR 07-127(A)-SGL
13                                 )
                  Plaintiff,       )
14                                 )   O R D E R
              v.                   )
15                                 )
   JOSE LUIS NAZARIO, JR.,         )
16                                 )
                  Defendant.       )
17                                 )
                                   )
18

19      On motion of the United States Attorney for the Central

20 District of California, and it appearing to the satisfaction of

21 the court:

22      1.   That Jermaine Nelson has been subpoenaed as a witness

23 to testify in this matter on August 19, 2008; and

24      2.   That Jermaine Nelson has refused or will refuse to

25 testify or provide other information on the basis of his

26 privilege against self-incrimination; and

27      3.   That in the judgment of the said United States

28 Attorney, the testimony or other information from said Jermaine

1  Nelson may be necessary to the public interest; and
2      4.   That the aforesaid motion filed herein has been made
3  with the approval of the Acting Deputy Assistant Attorney General
4  of the Criminal Division of the Department of Justice, pursuant
5  to the authority vested in him by 18 U.S.C. § 6003, and 28 C.F.R.
6  § 0.175(a).
7      NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002
8  that Jermaine Nelson give testimony or provide other information
9  which he refuses to give or to provide on the basis of his
10 privilege against self-incrimination as to all matters about
11 which he may be interrogated in the course of these proceedings.
12     IT IS FURTHER ORDERED that no testimony or other information
13 compelled under this order, or any information directly or
14 indirectly derived from such testimony or information, shall be
15 used against Jermaine Nelson in any criminal case, except that he
16 shall not be exempted by this order from prosecution for perjury,
17 giving a false statement, or otherwise failing to comply with
18 this order.
19 DATED:   This 11th day of August 2008
20
21
                   HONORABLE STEPHEN G. LARSON
22                   UNITED STATES DISTRICT JUDGE
23 Presented by:
24    /s/
    _____
25 JERRY A. BEHNKE
   Assistant United States Attorney
26
27
28                              2