THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN: 180462)
CHARLES J. KOVATS (SBN: 184185)
Assistant United States Attorneys
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone:  (951) 276-6211
    Facsimile:  (951) 276-6202
    E-mail:  Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSE LUIS NAZARIO, JR.,<br><br>             Defendant. | No. ED CR 07-127(A)-SGL<br><br>**NOTICE OF LODGING OF PARTIAL TRANSCRIPT OF INTERVIEW** |

    Plaintiff, United States of America, hereby gives notice of its lodging of the attached partial transcript of the interview of Ryan Weemer dated October 3, 2006.

DATED: August 18, 2008        Respectfully submitted,

                                        THOMAS P. O'BRIEN
                                        United States Attorney

                                            /s/
                                _____
                                JERRY A. BEHNKE
                                CHARLES J. KOVATS
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                United States of America