1  Transcript (Partial) of Interview Between Special Agent Steve
2  Dezeeuw and Ryan Weemer on October 3, 2006.
3

1       Special Agent Dezeeuw:  And um, what is the most serious
2   crime you've committed?
3       Ryan Weemer:  Uhm, I guess it would have to be taking that
4   money from Burger King.
5       Special Agent Dezeeuw:  Okay.
6       Ryan Weemer:  I guess I could struggle with things I've
7   done in the military but as far as that incident goes there, but
8   you, like you said, that it was in the military.
9       Special Agent Dezeeuw:  Now, when you say struggle with
10  them what do you mean by that?
11      Ryan Weemer:  Uhm, I guess with all the Haditha things—you
12  ever heard of Haditha?
13      Special Agent Dezeeuw:  Yeah.
14      Ryan Weemer:  The things like that just make you question
15  yourself, you know what I mean?  Uhm, I was justified in all
16  acts that I've done.  It was in Fallujah, Iraq, in a time of
17  war, a place of war.  But it always makes me question it.  But I
18  don't----
19      Special Agent Dezeeuw:  Well, yeah.  I mean, from my point
20  of view there you, like you said it's a time of war.
21      Ryan Weemer:  Yeah.
22      Special Agent Dezeeuw:  And you're in a fire fight and you
23  know if--obviously in fire fight people are going to die.
24      Ryan Weemer:  Yeah.  As I said I just feel that that would
25  definitely be top of anything.
26      Special Agent Dezeeuw:  Right.
27

1       Ryan Weemer:  You know, it's justified.
2       Special Agent Dezeeuw:  Yeah, and I have no problem with—
3   with all those justified acts, I have no problem with people
4   defending themselves, whether it's a law enforcement officer----
5       Ryan Weemer:  Sure.
6       Special Agent Dezeeuw:  --or whether in the military.
7       Ryan Weemer:  Sure.
8       Special Agent Dezeeuw:  Now granted if a person is a law
9   enforcement officer or if they're in the military and they take
10  somebody down a back alley and shoot them in the back of the
11  head, I can't justify that, you know.  I mean that-that flat out
12  rises above self defense and it rises to the level of a criminal
13  offense.  Whether it's a law enforcement officer doing that,
14  even if the guy's a scumbag and he's a dope dealer and he's
15  selling to, you know, elementary school kids a police officer
16  would have no right to take him in that alley and shoot him in
17  head that's flat out homicide, you know, and uhm, nor would a
18  person in the military have a right even if a person is a bad
19  guy to have him be disarmed and take him in an alley and shoot
20  him in the back of the head, you know, so are we talking about
21  incidents like that where that happened?
22      Ryan Weemer:  That actually did happen to be honest.
23      Special Agent Dezeeuw:  Wow.
24      Ryan Weemer:  Uh, I don't want to say it was an incident
25  like—like an Abu Ghraib incident.  But do you know about
26  Fallujah?
27      Special Agent Dezeeuw:  Yeah, somewhat, but I may not know

1  the specific example that you're talking about.
2          Ryan Weemer:  We'll we've—we've cleared out the city at
3  least a month beforehand.  Uhm, as far as—as far as I know about
4  the whole thing, we've gone in and out of that city trying to
5  clear that city.
6          Special Agent:  Right.
7          Ryan Weemer:  And it never did happen.
8          Special Agent Dezeeuw:  Right, because the insurgents can
9  blend in with the general population----
10         Ryan Weemer:  Yeah.
11         Special Agent Dezeeuw:  Correct?
12         Ryan Weemer:  Yes.  And we never really did get it stable.
13 So, finally after about three or four years we get the go ahead
14 finally to get pushed into the city.  So we clear the city out I
15 know they know well in advance, like a month of advance.
16         Special Agent Dezeeuw:  They being the bad guys?
17         Ryan Weemer:  No, the whole city---
18         Special Agent Dezeeuw:  Okay.
19         Ryan Weemer:  ---in general knows.  It's on CNN that we're
20 going in on this day or whatever.
21         Special Agent Dezeeuw:  Right.
22         Ryan Weemer:  And we've got our rules of engagement and
23 everything, uhm, and like I say, everyone's left the city, our
24 intelligence says there are 1,000 or so insurgents left in the
25 city.
26         Special Agent Dezeeuw:  Um hum.
27         Ryan Weemer:  They've barricaded themselves, they have

1  machine gun bunkers, car bombs, they're waiting for us to come
2  in, I guess.
3       Special Agent Dezeeuw:  They're ready to fight.
4       Ryan Weemer:  And it's a fire fight.
5       Special Agent Dezeeuw:  Yeah.
6       Ryan Weemer:  So when we go in the city, uhm, you know,
7  first thing that happens, we're—we're taking rounds right off
8  the bat.  I mean it's-it's not a, you see innocent bystanders
9  here, you see innocent bystanders there it was completely empty.
10 Everywhere we went it was empty unless there was someone
11 shooting at you---
12      Special Agent Dezeeuw:  Right.
13      Ryan Weemer:  ---or running down an alley and popping off a
14 round and running off.
15      Special Agent Dezeeuw:  Right.
16      Ryan Weemer:  Uhm--uhm, my best friend, my roommate was
17 killed at some point, uhm, was shot by sniper fire in front of
18 me.
19      Special Agent Dezeeuw:  Um hum.
20      Ryan Weemer:  I pulled him out tried to, you know, tried to
21 save him, uhm, we found out later on I mean maybe 20 minutes
22 later, that it came back from the MEDEVAC that he didn't make
23 it.  Ah, a lot of guys took it real hard I guess and of course I
24 was taking it real hard I had his blood all over me and----
25      Special Agent Dezeeuw:  Yeah.
26      Ryan Weemer:  --and we're still in the middle of this
27 confusion and, uhm, in order to get our heads back in the game I

5

1   had a platoon commander—or a platoon sergeant would be the
2   correct term, uhm, tell us to go into a house and just clear a
3   house.
4        Special Agent Dezeeuw:  Right.
5        Ryan Weemer:  I mean, like I said the places are always
6   empty; he just wanted us to get, uh, go through the motions.
7        Special Agent Dezeeuw:  Back into the routine, so to speak.
8        Ryan Weemer:  Yeah.
9        Special Agent Dezeeuw:  Yeah.
10       Ryan Weemer:  Do something to get you guys back in, just go
11  in systematically clear this house, make sure there's no one
12  there, and come back out.  I think we were waiting on our own
13  mortars to fall and we couldn't move forward until they fell.
14  Uh, when we went into this house there happened to be four or
15  five guys in there.  Uh, all the doors, the windows and
16  everything were barracaded shut; they were locked from the
17  inside.  And they were in here.  We found weapons in the house,
18  uhm, they weren't telling us anything; you know we interrogated
19  them or whatever.  We called up to our Platoon Commander and our
20  Platoon Sergeant and asked what to do.  And actually I was the
21  team leader at the time.
22       Special Agent Dezeeuw:  Um hum.
23       Ryan Weemer:  With a team of three guys.  Uhm, my squad
24  leader was there as well, the guy in charge of our squad, we
25  called up to the Platoon Sergeant—to the Platoon Commander and
26  asked them what to do and the response we got was, "Are they
27  dead yet?"  And we--we really debated about it you know, it's

6

1   not something anyone wants to do.
2        Special Agent Dezeeuw:  Um hum.
3        Ryan Weemer:  I don't know.  We just—I—we ended up----
4        Special Agent Dezeeuw:  Shooting them?
5        Ryan Weemer:  --we had to, yeah.
6        Special Agent Dezeeuw:  Okay.  And at the time that—that
7   all happen in the house or did they come outside the house?
8        Ryan Weemer:  It was in the house.
9        Special Agent Dezeeuw:  Okay.  And, uh—like you said
10  that's—that's a horrendous time and a horrendous situation, your
11  best friend's just been shot in front of you and----
12       Ryan Weemer:  Yeah.  And I don't mean to make that sound
13  like I was, you know, vengeful or anything.
14       Special Agent Dezeeuw:  Well, you know—
15       Ryan Weemer:  The only way we justified it was----
16       Special Agent Dezeeuw:  Nobody knows what you feel like
17  until you're in that situation.
18       Ryan Weemer:  Sure, yeah.
19       Special Agent Dezeeuw:  I mean people can say, you know, if
20  I was in that situation then I would do this or I would do that
21  and nobody knows until you're in the situation.
22       Ryan Weemer:  Uum, hum.
23       Special Agent Dezeeuw:  And then it sounds like the—without
24  giving a direct order basically the directive from above was,
25  "Take care of it."
26       Ryan Weemer:  Um hum.
27       Special Agent Dezeeuw:  Was--is that pretty accurate?

1    Ryan Weemer:  Yeah, it was.  We, uhm--we didn't take any
2    prisoners as far as----
3    Special Agent Dezeeuw:  Yeah.
4    Ryan Weemer:  And none of this is, like I said, all this
5    Haditha things, and all these things that have come up make
6    everyone in my situation very, uh, scared----
7    Special Agent Dezeeuw:  Yeah.
8    Ryan Weemer:  --about things because----
9    Special Agent Dezeeuw:  Well, I understand that.  Now when
10   this happened were they sitting up against the wall or were they
11   bound or did they have weapons or----
12   Ryan Weemer:  No they didn't have weapons.  We just had
13   them sitting where ever and we took--I took one, and I could
14   only—I did one.  One incident I had to--I mean we argued about
15   it and argued about it and we had to move, we had to get out,
16   and like our unit was moving down the street----
17   Special Agent Dezeeuw:  Yeah.
18   Ryan Weemer:  --and we had to get outside, and so I took
19   one guy and that was all I could do, I took my team, told the
20   guy outside I couldn't' have anything to do with this anymore,
21   uhm, and I just left.  I came back and they had of course killed
22   the rest of them.
23   Special Agent Dezeeuw:  Yeah.
24   Ryan Weemer:  Uh.
25   Special Agent Dezeeuw:  How many guys, how many insurgents
26   do you think were in there?
27   Ryan Weemer:  I think there was five.

1        Special Agent Dezeeuw:  Five of them?
2        Ryan Weemer:  Four or five.
3        Special Agent Dezeeuw:  Okay, and so they all--they all
4   basically got shot.
5        Ryan Weemer:  Um hum.
6        Special Agent Dezeeuw:  Now when you say you took a guy did
7   you take him out of the house or to another room?
8        Ryan Weemer:  No, I took him inside.  Actually we sat them
9   on the, uh, we ended up sitting them outside, right outside one
10  of the backdoors.
11       Special Agent Dezeeuw:  Um hum.
12       Ryan Weemer:  And I think that's where we kept them while
13  we searched the rest of the house.  We blew up a safe too, there
14  was a safe that we were trying--wanted to get into.
15       Special Agent Dezeeuw:  Yeah, see what's in it.
16       Ryan Weemer:  But yeah, we blew up anything--any rooms we
17  couldn't get into we got blow holes into stuff like that.
18       Special Agent Dezeeuw:  Yeah, could be weapons or something
19       Ryan Weemer:  Yeah, so we searched the rest of the house
20  and kept them outside.  I know we blew the safe with C4.
21       Special Agent Weemer:  Um hum.
22       Ryan Weemer:  Uhm, so we took them outside to do that.
23  Uhm, and like I said----
24       Special Agent Dezeeuw:  Out of curiosity what was in there?
25       Ryan Weemer:  I don't think anything.
26       Special Agent Dezeeuw:  Okay.
27       Ryan Weemer:  I don't even know if they got it open; we had

1  engineer come in and C4----
2       Special Agent Dezeeuw:  Okay.
3       Ryan Weemer:  --and do it.  I mean it's a controlled blast
4  and everything, we called it in.
5       Special Agent Dezeeuw:  Yeah.
6       Ryan Weemer:  Uhm, searched the rest of the house and we
7  called up, like I said to higher and they said, "Take care of
8  it."
9       Special Agent Dezeeuw:  Take care of it.  Okay.
10      Ryan Weemer:  And I--I always have to bring up the whole—if
11 I don't tell the whole story as far as Fallujah goes it looks
12 like----
13      Special Agent Dezeeuw:  Yeah.
14      Ryan Weemer:  --I'm patrolling the streets; I go into
15 houses a bunch of people I kill 'em.
16      Special Agent Dezeeuw:  Yeah.
17      Ryan Weemer:  You know.
18      Special Agent Dezeeuw:  It's a, what's the term that people
19 use a lot, the fog of war?
20      Ryan Weemer:  The fog of war.  Definitely, I couldn't put
21 it any better.  Uh, yeah.
22      Special Agent Dezeeuw:  Okay.
23      Ryan Weemer:  Yeah, so I, I wanted to clarify that.
24      Special Agent Dezeeuw:  Yeah, and--and that's an incident
25 separate from the incident where you got in the fire fight where
26 you got shot?
27      Ryan Weemer:  Yes, it is separate.

1       Special Agent Dezeeuw:  Now in the firefight where you got
2  shot, I imagine all those insurgents got killed also, correct?
3       Ryan Weemer:  Yes.
4       Special Agent Dezeeuw:  But that was in----
5       Ryan Weemer:  Those were strictly firefights.  They all had
6  weapons.
7       Special Agent Dezeeuw:  That was an engagement, okay.
8       Ryan Weemer:  Yes.
9       Special Agent Dezeeuw:  Okay, anything else?
10      Ryan Weemer:  No.  Like I said I always put that as-as
11 number one, I don't know.  Do you justify that how you want,
12 but--I guess, but I don't know.
13      Special Agent Dezeeuw:  Well, it's a, that's a—that's a
14 horrendous situation to be in.  It's horrendous to--war is not
15 fun for anybody.  You know, war isn't fun for the people that
16 are over in war; war isn't fun for their loved ones that are
17 back here.  It's a horrendous thing, and uhm--
18      Ryan Weemer:  It became a survival thing.
19      Special Agent Dezeeuw:  Yeah.
20      Ryan Weemer:  It became a--if we let--and another thing, I
21 mean, if you—I guess the way my platoon saw it-if we let anyone
22 go they're going to run down street and pick up an AK.  Because
23 they had caches stashed everywhere and that's what they did.
24      Special Agent Dezeeuw:  Now were there times in the course
25 of going into Fallujah and clearing the city, were there times
26 where, uh, people where caught like that and then they were
27 detained and shipped off to jail?

1        Ryan Weemer:  Yes.
2        Special Agent Dezeeuw:  Okay.
3        Ryan Weemer:  Yes, I mean if we--any women, children,
4   anything.  There were plenty of instances when that did happen,
5   yes.
6        Special Agent Dezeeuw:  All right.
7        Ryan Weemer:  Uh, and there were plenty of instances where
8   that didn't, you know, where what I said happened, happened with
9   other----
10       Special Agent Dezeeuw:  Yeah.
11       Ryan Weemer:  --other individuals.  You saw the incident
12  where a Marine the guy, the media had a camera there at the
13  time----
14       Special Agent Dezeeuw:  Yeah, and he said he's still moving
15  he's still moving he's alive.  I saw that.
16       Ryan Weemer:  Yeah.  It's pretty much like that, I mean,
17  that's, you know, if—if I'm going to justify that's what I see
18  it as.  We don't know what the—I mean we couldn't take these
19  guys, we called it up to find out what were suppose to do with
20  them.  They said we can't take them we're moving.
21       Special Agent Dezeeuw:  Yeah, take care of them.
22       Ryan Weemer:  Take care of them.
23       Special Agent Dezeeuw:  Okay.
24       Ryan Weemer:  Don't let them go, they'll shoot us in the
25  back.
26  Special Agent Dezeeuw:  Okay.  All right so then that general
27  question we-we went through that list of crimes some against

1   property, the question then is have you intentionally withheld
2   any information about committing a serious crime?
3        Ryan Weemer:  I would have to say no.
4        Special Agent Dezeeuw:  Okay.
5        Ryan Weemer:  I mean as far as what I just told you now.
6        Special Agent Dezeeuw:  Yeah, no I mean about anything in
7   the area about crime though, anything that you're holding back?
8        Ryan Weemer:  No.
9        Special Agent Dezeeuw:  Or haven't told me?
10       Ryan Weemer:  No.