JAMES E. BROWN, Supervising Deputy City Attorney #162579
CITY OF RIVERSIDE
City Hall, 3900 Main Street
Riverside, California 92522
Telephone (951) 826-5567
Facsimile (951) 826-5540
Jbrown@riversideca.gov

Attorneys Specially Appearing for
RIVERSIDE POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

      vs.

JOSE LUIS NAZARIO, JR., et al.,

              Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO.  ED CR 07-127-SGL

**APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS**

**and**

**[ proposed ] ORDER THEREON**

Counsel for parties, having conferred concerning this matter have reached a resolution, hereby apply for and stipulate to the following **Protective Order**:

    1.  Counsel specially appearing for Riverside Police Department shall provide to counsel for plaintiff and defendant a copy of defendant's personnel file as subpoenaed by plaintiff.

///

- 1 -

CITY ATTORNEY'S OFFICE
3900 MAIN STREET
RIVERSIDE, CA 92522
(951) 826-5567

2. Counsel shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution or defense of this litigation.

3. Prior to the dissemination of any such information pursuant to this order, counsel shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Counsel and investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution or defense of USA v. NAZARIO, Case No. ED CR 07-127-SGL and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Counsel and investigators, consultants and experts are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution or defense of USA v. NAZARIO, Case No. ED CR 07-127-SGL.

6. Counsel and investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order. This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this order. The court shall have the power to impose

- 2 -

APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS and [ proposed ] ORDER THEREON

1   whatever penalties it deems appropriate for the violation of said order, including,
2   but not limited to, monetary and judicial sanctions and contempt.

3      9. This order shall survive the final termination of this action, to the extent
4   that the information disclosed remains confidential and does not become known to
5   the public, and the court shall retain jurisdiction to resolve any dispute concerning
6   the use of the information disclosed herein.

7      10. Counsel agree that all copies will be returned to the Riverside City
8   Attorney's Office at the conclusion of this case.

9      11. This stipulated protective order is without prejudice to further requests
10   for information from law enforcement personnel files or objections thereto.

11
12   DATED: *13 AUG 08*      UNITED STATES ATTORNEY'S OFFICE

13
14                  By: _____
                    Charles J. Kovats, Jr. Assistant USA
15                     Attorney for Plaintiff

16   DATED:              KEVIN B. MCDERMOTT LAW OFFICES

17
18                  By: _____
                    Kevin B. McDermott
19                     Attorney for Defendant
                    Jose Luis Nazario, Jr.
20

21   DATED:              CITY ATTORNEY'S OFFICE

22

23                  By: _____
24                     James E. Brown, Supervising Deputy City
                    Attorney
25                     Attorney Specially Appearing for Riverside
                    Police Department

26

27                       -3-

28

CITY ATTORNEY'S OFFICE
3900 MAIN STREET
RIVERSIDE, CA 92522
(951) 826-5567

APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF
INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS and [ proposed ] ORDER
THEREON

1  whatever penalties it deems appropriate for the violation of said order, including,

2  but not limited to, monetary and judicial sanctions and contempt.

3      9.  This order shall survive the final termination of this action, to the extent

4  that the information disclosed remains confidential and does not become known to

5  the public, and the court shall retain jurisdiction to resolve any dispute concerning

6  the use of the information disclosed herein.

7      10.  Counsel agree that all copies will be returned to the Riverside City

8  Attorney's Office at the conclusion of this case.

9      11.  This stipulated protective order is without prejudice to further requests

10 for information from law enforcement personnel files or objections thereto.

11 DATED:                          UNITED STATES ATTORNEY'S OFFICE

12

13

14                              By: _____
                                   Charles J. Kovats, Jr. Assistant USA
                                   Attorney for Plaintiff
15

16 DATED: 8/13/08                KEVIN B. MCDERMOTT LAW OFFICES

17

18                              By: _____
                                   Kevin B. McDermott
19                                 Attorney for Defendant
                                   Jose Luis Nazario, Jr.
20

21 DATED:                          CITY ATTORNEY'S OFFICE

22

23                              By: _____
                                   James E. Brown, Supervising Deputy City
24                                 Attorney
                                   Attorney Specially Appearing for Riverside
25                                 Police Department

26

27                                       -3-

28

CITY ATTORNEY'S OFFICE
3900 MAIN STREET
RIVERSIDE, CA 92522
(951) 826-5567

APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF
INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS and [ proposed ] ORDER
THEREON

1  whatever penalties it deems appropriate for the violation of said order, including,

2  but not limited to, monetary and judicial sanctions and contempt.

3      9.  This order shall survive the final termination of this action, to the extent

4  that the information disclosed remains confidential and does not become known to

5  the public, and the court shall retain jurisdiction to resolve any dispute concerning

6  the use of the information disclosed herein.

7      10.  Counsel agree that all copies will be returned to the Riverside City

8  Attorney's Office at the conclusion of this case.

9      11.  This stipulated protective order is without prejudice to further requests

10  for information from law enforcement personnel files or objections thereto.

11

12  DATED:                          UNITED STATES ATTORNEY'S OFFICE

13

14                                  By: _____
                                        Charles J. Kovats, Jr. Assistant USA
15                                      Attorney for Plaintiff

16  DATED:                          KEVIN B. MCDERMOTT LAW OFFICES

17

18                                  By: _____
                                        Kevin B. McDermott
19                                      Attorney for Defendant
                                        Jose Luis Nazario, Jr.
20

21  DATED: 8/14/08                  CITY ATTORNEY'S OFFICE

22

23     IT IS SO ORDERED            By: _____
                                        James E. Brown, Supervising Deputy City
24  DATED 8-18-08                      Attorney
                                        Attorney Specially Appearing for Riverside
25                                      Police Department

26

27  DISTRICT COURT JUDGE

28                                         - 3 -

**APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF
INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS and [ proposed ] ORDER
THEREON**

# ORDER

Good cause appearing therefore:

**IT IS SO ORDERED.**


DATED: _____          By: _____
                                               The Honorable Stephen G. Larson
                                               United States District Court Judge

- 4 -

**APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS and [ proposed ] ORDER THEREON**

CITY ATTORNEY'S OFFICE
3900 MAIN STREET
RIVERSIDE, CA 92522
(951) 826-5567

**PROOF OF SERVICE**

*STATE OF CALIFORNIA, COUNTY OF RIVERSIDE*

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within above-entitled action; my business address is 3900 Main Street, Riverside, California 92522.

On August /5 , 2008, I served the within:

**APPLICATION AND STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS and [proposed] ORDER THEREON**

on the interested parties in said action addressed as follows:

**Attorneys for Plaintiff, United States of America:**

**Charles J. Kovats, Jr., AUSA**
**Office of US Attorney**
**3880 Lemon Ave, Ste 210**
**Riverside, CA 92501**
**951-276-6210**
**usacac.rvcriminal@usdoj.gov**

**Attorneys for Defendant, Jose Luis Nazario, Jr.:**

**Kevin B McDermott**
**Kevin B McDermott Law Offices**
**17452 Irvine Blvd Suite 200**
**Tustin, CA 92780**
**714-731-5297**
**warlawyer@aol.com**

( XX ) **VIA MAIL** - In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Riverside, California, that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices pursuant to C.C.P § 1013(a).

(    ) **VIA FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted from the office of City Attorney in Riverside, California, on the date set forth above.

[X]     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August /5 , 2008, at Riverside, California.

*Melinda Schroeder*
Melinda Schroeder