# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

**SCAN ONLY**

| Case No. | EDCR 07-00127 (A) SGL | Date | 8/22/08 |
|---|---|---|---|
| Present: The Honorable | STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Jim Holmes | Theresa Lanza / Mark Schweitzer | Jerry Behnke / Charles Kovats |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOSE LUS NAZARIO, JR. | ✔ | | ✔ | Kevin B. McDermott<br>Douglas L. Applegate<br>Joseph M. Preis<br>Vincent J. LaBarera, Jr.<br>Emery B. Ledger | ✔ | | ✔ |

_____ Day COURT TRIAL     3rd Day JURY TRIAL     _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  _____ Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✔ Witnesses called, sworn and testified.

✔ Exhibits identified     ✔ Exhibits admitted

_____ Government rests.     Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) _____ is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s) _____     _____ Not Guilty on count(s) _____

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     Remand/Release # _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✔ Case continued to     8-26-08, 9:00 a.m.     for further jury trial proceedings.

_____ Other:

                                                            5/15   :   _____
                                        Initials of Deputy Clerk   jh

CR-78 (06/06)     **CRIMINAL MINUTES - TRIAL**     Page 1 of 1