# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

**SCAN ONLY**

| | |
|---|---|
| Case No. | EDCR 07-00127 (A) SGL |
| Date | 8/26/08 |
| Present: The Honorable | STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| Jim Holmes | Theresa Lanza / Mark Schweitzer | Jerry Behnke / Charles J. Kovats |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOSE LUS NAZARIO, JR. | ✔ | | ✔ | Kevin B. McDermott<br>Douglas L. Applegate<br>Joseph M. Preis<br>Vincent J. LaBarera, Jr.<br>Emery B. Ledger | ✔ | | ✔ |

____ Day **COURT TRIAL**       4th Day **JURY TRIAL**       ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

✔ Witnesses called, sworn and testified.

✔ Exhibits identified       ✔ Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:       Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s) ____       ____ Not Guilty on count(s) ____

____ Jury polled       ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.   Remand/Release# ____ issd.   Dft # ____ released from custody.

Bond exonerated as to Dft # ____

✔ Case continued to    8-27-08, 9:00 a.m.    for further jury trial proceedings.

✔ Other:   **Counsel ordered present for bench conference on 8/27/08, at 8:30 a.m.**

4/32   :   ____

Initials of Deputy Clerk   jh

CR-78 (06/06)       **CRIMINAL MINUTES - TRIAL**       Page 1 of 1