# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

**SCAN ONLY**

| Case No. | EDCR 07-00127 (A) SGL | Date | 8/27/08 |
|---|---|---|---|
| Present: The Honorable | STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Jim Holmes | Theresa Lanza / Mark Schweitzer | Jerry Behnke / Charles J. Kovats |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOSE LUS NAZARIO, JR. | ✔ | | ✔ | Kevin B. McDermott<br>Douglas L. Applegate<br>Joseph M. Preis<br>Vincent J. LaBarera, Jr.<br>Emery B. Ledger | ✔ | | ✔ |

- ___ Day **COURT TRIAL**      5th Day **JURY TRIAL**      ___ Death Penalty Phase
- ___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ___ Completed by jury verdict/submitted to court.
- ___ The Jury is impaneled and sworn.
- ___ Opening statements made by _____
- ___ Witnesses called, sworn and testified.
- ___ Exhibits identified   ___ Exhibits admitted
- ✔ Government rests.   ✔ Defendant(s) rests   ___ rest.
- ✔ Motion, No. 84   ___ Argued by counsel   ___ is   ___ granted   ✔ denied   ___ submitted
- ✔ Motion for judgment of acquittal (FRCrP 29)   ___ is   ___ granted   ✔ denied   ___ submitted
- ✔ Closing arguments made   ✔ Court instructs jury   ✔ Bailiff sworn
- ✔ Alternates excused   ✔ Jury retires to deliberate   ___ Jury resumes deliberations
- Finding by Court as follows:   Jury Verdict as follows:
- Dft # ___   ___ Guilty on count(s)   ___ Not Guilty on count(s)
- ___ Jury polled   ___ Polling waived
- ___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict
- Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
- Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.
- Bond exonerated as to Dft # ___
- ✔ Case continued to   8-28-08, 9:00 a.m.   for further jury trial proceedings.
- ✔ Other:   **Counsel ordered present for bench conference on 8/27/08, at 9:00 a.m.**, regarding Jury Note #1.

5/28   :   Initials of Deputy Clerk   jh

CR-78 (06/06)   **CRIMINAL MINUTES - TRIAL**   Page 1 of 1