UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

SCAN ONLY

| Case No. | EDCR 07-00127 (A) SGL | Date | 8/28/08 |
|---|---|---|---|

Present: The Honorable    STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| Jim Holmes | Theresa Lanza (PM) / Mark Schweitzer (AM) | Jerry Behnke / Charles J. Kovats |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOSE LUS NAZARIO, JR. | ✔ | | ✔ | Kevin B. McDermott<br>Douglas L. Applegate<br>Joseph M. Preis<br>Vincent J. LaBarera, Jr.<br>Emery B. Ledger | ✔ | | ✔ |

____ Day COURT TRIAL            6th Day JURY TRIAL            ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified    ____ Exhibits admitted

____ Government rests.    ____ Defendant(s) ____ rests    ____ rest.

_____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Alternates excused    ____ Jury retires to deliberate    ✔ Jury resumes deliberations

____ Finding by Court as follows:    ✔ Jury Verdict as follows:

Dft # ____ Guilty on count(s) ____    ✔ Not Guilty on count(s) 1, 2, & 3 of First Superseding Indictment.

____ Jury polled    ✔ Polling waived

____ Filed Witness & Exhibit lists    ✔ Filed Jury notes    ____ Filed Jury Instructions    ✔ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.    Remand/Release# ____ issd.    Dft # ____ released from custody.

✔ Bond exonerated as to Dft # 1

____ Case continued to _____ for further jury trial proceedings.

✔ Other:   See separately Issued Judgment of Discharge.

____ /30 : ____

Initials of Deputy Clerk    jh

CR-78 (06/06)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 1