| Name & Address | Priority Send - PSA, USM, FISCAL<br>Entered JS-3 |
|---|---|

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCR 07-00127-(A) SGL |
| v. | |
| JOSE LUIS NAZARIO, JR. | **JUDGMENT OF DISCHARGE**<br>**(RULE 32(k)(1), F.R. Cr.P.)** |
| DEFENDANT(S). | |

In the presence of the attorney for the government and defendant, Jose Luis Nazario, Jr., who appeared in person ☒ with counsel / ☐ without counsel on August 28, 2008.

It appearing that the defendant named in paragraph one above is now entitled to be discharged on all pending counts of the ~~Indictment~~ First Superseding Indictment for the reason that:

- ☐ the Court has granted the motion of the government for dismissal,
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal,
- ☐ a jury has been waived, and the Court has found the defendant not guilty,
- ☒ the jury has returned its verdict, finding the defendant not guilty,
- ☒ other (reason(s), if any)

IT IS THEREFORE ADJUDGED that the defendant named in paragraph one above, is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

August 28, 2008
Date

_[signature]_
United States District Judge

**NOTICE TO U.S. MARSHAL** - This does not substitute for the Release Form.

CR-68 (01/05)      JUDGMENT OF DISCHARGE (RULE 32(k)(1), F.R. Cr.P.)