# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s), v. JOSE LUIS NAZARIO, JR., Defendant(s). | CASE NUMBER EDCR 07-00127 (A)-SGL |
|---|---|
| | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the *(check one)*:

☑ plaintiff's    ☐ defendant's    ~~☐ joint~~

exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

_____

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: August 27, 2008

Signature of Counsel for: ☑ Plaintiff ☐ Defendant ☐ _____

Print Name: JERRY BEHNKE    Telephone Number: (951) 276-6211

Dated: August 27, 2008

Signature of Counsel for: ☐ Plaintiff ☑ Defendant ☐ _____

Print Name: Douglas L. Applegate    Telephone Number: 888 583-2266

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Dated: AUG 27 2008

CLERK, U. S. DISTRICT COURT

JIM HOLMES

By _____, Deputy

cc: Judge
    Exhibits Custodian
    Counsel Signing Document

G-38 (6/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL