## LIST OF EXHIBITS AND WITNESSES

| Case Number | Case No. EDCR07-157-A-SG | Title | United States v. Jose Luis Nazario, Jr. |
|---|---|---|---|
| Judge | STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 8/21/08 thru 8/27/08 | | |
| Court Reporters or Tape No. | Theresa Lanza and Mark Schweitzer | | |
| Deputy Clerks | Jim Holmes, CRD | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Jerry Behnke, AUSA | Kevin B. McDermott, Douglas L. Applegate, Joseph M. Preis, |
| Charles J. Kovats, Jr., AUSA | Vincent J. laBarera, Jr., and Emery B. Ledger |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See Attachments | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

## UNITED STATES OF AMERICA v. JOSE LUIS NAZARIO, JR.

### ED CR 07-127(A)-SGL

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | ID | IN EV |
|---------|-------------|---------|-----|-------|
| 1 | Johnson Biography | | | |
| 2 | Marine Corps Structure | Mr. Johnson^no | 8-21-08 | 8-21-08 |
| 3 | SOI Common Skills | | AUG 21 | 2008 |
| 4 | Photo: LOAC Briefing | CPT Vaughn | AUG 2 1 | 2008 · AUG 2 1 2008 |
| 5 | USMC Order 3300.4 | CPT Vaughn | AUG 2 1 | 2008 |
| 6 (A) b c | LOAC Brief | CPT Vaughn | AUG 2 1 | 2008 · AUG 2 1 2008 |
| 7 | Phantom Fury ROE Card | CPT Vaughn | AUG 2 1 | 2008 · AUG 2 1 2008 |
| 8 | CJTF-7 ROE Card | | AUG 2 1 | 2008 · 8·21-08 |
| 9 | Photo: K Co Vehicles | MAJ. Jewt | AUG 2 2 | 2008 · AUG 2 2 2008 |
| 10 | Photo: K Co Personnel | MAJ. Jewt | AUG 2 2 | 2008 · AUG 2 2 2008 |
| 11 | Map of K Co AOR | MAJ. Jewt | AUG 2 2 | 2008 · 8-22-08 |
| 12 | Photo: Marine Patrol | | | |
| 13 | CPA Apprehension Form | Pritchard | AUG 2 2 | 2008 · AUG 2 2 2008 |
| 14 | Photo: Marine Zip Ties | Carlisle/Pritchard | AUG 2 6 | 2008 · 8-26-08 26 |
| 15 | Photo: Marine Zip Ties | | | |
| 16 | Photo: Detainees | | ✓ | ✓ Per Govt |
| 17 | Photo: Detainees | | | |
| 18 | Photo: Garcia | CARLISLE | AUG 2 6 | 2008 · AUG 2 6 2008 |
| 19 | Photo: Front Gate | | | |
| 20 | House Diagram, Blank | Carlisle | AUG 2 6 | 2008 · AUG 2 6 2008 |
| 21 | Photo: House exterior | | | |
| 22 | Photo: Back Door | | | |

K  6-7
ages
, B, C i
pictures

6 A
6 B
6 C
6 d
6 e
6 f
6 g
6 h

GE Exh #6
Page 17 is designated 6(d).
page 18  6 (g)
" 15  6(e)
Page 19  6 (h)
6 16  6(c)
Page  6(J)

# UNITED STATES OF AMERICA v. JOSE LUIS NAZARIO, JR.

## ED CR 07-127(A)-SGL

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | ID | IN EV | |
|---------|-------------|---------|-----|-------|---|
| 23 | Photo: Back Door, Close | | | | |
| 24 | Photo: Interior Stairs | CARLISLE | AUG 26 2008 | | AUG 26 2008 |
| 25 | Photo: Main Room (R) | | | | |
| 26 | Photo: Shower Room | PRENTICE | AUG 26 2008 | AUG 26 2008 | |
| 27 | Photo: Main Room (L) | CARLISLE | AUG 26 2008 | | AUG 26 2008 |
| 28 | Photo: Back Door | | | | |
| 29 | Photo: Main Room | | ✓ | ✓ | Okay per Counsel |
| 30 | Photo: Living Room | | | | |
| 31 | Photo: Living Room | | | | |
| 32 | Photo: Office | | | | |
| 33 | Photo: Office | | | | |
| 34 | Photo: Doorways | CARLISLE | AUG 26 2008 | AUG 26 2008 | |
| 35 | Photo: Rug Room | CARLISLE | AUG 26 2008 | AUG 26 2008 | |
| 36 | Photo: Rug Room | CARLISLE | AUG 26 2008 | AUG 26 2008 | |
| 37 | Photo: Rug Room | CARLISLE | AUG 26 2008 | AUG 26 2008 | |
| 38 | Photo: Kitchen | CARLISLE | AUG 26 2008 | AUG 26 2008 | |
| 39 | Photo: House Front | | | | |
| 40 | Photo: Front Entry | | | | |
| 41 | Photo: Front Entry | | | | |
| 42 | Carlisle Diagram | | | | |
| 43 | Prentice Diagram | | | | |
| 44 | Severtsgaard Diagram | | | | |

2

## UNITED STATES OF AMERICA v. JOSE LUIS NAZARIO, JR.

### ED CR 07-127(A)-SGL

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | ID | IN EV |
|---------|-------------|---------|-----|-------|
| 45 | Audio: Weemer I/v | | | |
| 45a | Transcript: Weemer I/v | | | |
| 46 | Audio: Nelson Call | S A FOX | AUG 27 2008 | AUG 27 2008 |
| 46a | Transcript: Nelson Call | | AUG 27 2008 | AUG 27 2008 |
| 20a | DUPLICATE OF EX 20 W/WIT MARKING CARLISLE | | AUG 26 2008 | AUG 26 2008 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UNITED STATES OF AMERICA v. JOSE LUIS NAZARIO, JR.

ED CR 07-127(A)-SGL

GOVERNMENT'S WITNESS LIST

SA Mark Albo *James*
Mr. Cory Carlisle  10: 19 a.m — 12:00; 2:01 -2:46  AUG 26 2008    C/S/T
Mr. Steven Dezeeuw
SA Mark Fox  9:35a.m —                            AUG 27 2008 C/S/T;
Mr. Pedro Garcia
Maj. Timothy Jent  1:25PM P.M - 4:17 P.M.         AUG 22 2008   C/S/T
Mr. Courtney Johnson  10:20 a.m — 11:10 a.m.  AUG 21 2008  C/S/T
LtCol. Robert Miller
Sgt. Jermaine Nelson 10:19 a.m — 10:36 a.m.  AUG 22 2008  C/S/T
Mr. James Prentice  3:02                  AUG 26 2008  ; AUG 26 2008
WO3 Paul Pritchard  *Travis*  4:18 p.m — 5:00   AUG 22 2008 ;
Maj. Daniel Schmitt  11:10 a.m. — 2:25 p.m.   AUG 21 2008  C/S/T
Mr. Samuel Severtsgaard  2:44 - 3:01           AUG 26 2008
Capt. Jonathon Vaughn  2:30 p.m. —
Sgt. Ryan Weemer  10:36a.m — 10:47 a.M   AUG 21 2008
                                         AUG 22 2008