UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**EASTERN DIVISION**
3470 Twelfth Street, Riverside, California
<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.   **EDCR 07-00127 (A) SGL**                              Date: August 22, 2008
========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza | Jerry Behnke |
| Courtroom Deputy Clerk | Mark Schweitzer | Charles J. Kovats |
| | Court Reporters | Asst. U.S. Attorneys |

========================================================================

U.S.A. vs (Dfts listed below)            Attorneys for Defendants

1)   IN THE MATTER OF                    1)   Christopher Johnson, Retained Counsel
     SGT. RYAN WEEMER
                                         2)   Joseph Lowe, Retained Counsel
2)   IN THE MATTER OF
     SGT. JERMAINE NELSON

---

PROCEEDINGS:   ORDER SCHEDULING MATTER FOR TRIAL SETTING CONFERENCE

   The Court, having heard and considered the argument of counsel and the testimony of witnesses **Sergeant Ryan Weemer** and **Sergeant Jermaine Nelson**, and having determined that both witnesses have refused to testify in the jury trial in the case entitled <u>United States of America versus Jose Luis Nazario, Jr., EDCR 07-00127-(A)-SGL</u>, notwithstanding this Court having ordered each to so testify following a grant of immunity, hereby ORDERS **Sergeant Ryan Weemer** and **Sergeant Jermaine Nelson** to appear before this Court on September 29, 2008, at 1:30 p.m., in Courtroom One of the above-entitled court, for a trial setting for prosecution of criminal contempt pursuant to Rule 42 of the Federal Rules of Criminal Procedure.

   IT IS SO ORDERED.

                                                    Initials of Deputy Clerk:  jh
CRIMINAL MINUTES - GENERAL                          Time:  00/41

# NOTICE PARTY SERVICE LIST

Case No. EDCR-07-00127-(A)SGL    Case Title In the Matter of SGT'S WEEMER AND NELSON

Title of Document MINUTES OF AUGUST 22, 2008

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service -Santa Ana (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Probation Office (USPO) |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

✓ **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided)

Name: Christopher D. Johnson, Esq.

Firm:

Address *(include suite or floor)*: 22647 Ventura Blvd., Suite 275, Woodland Hills, CA 91364

*E-mail: feilo 1955@roadrunner.com

*Fax No.:

\* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

Initials of Deputy Clerk jh

G-75 (03/07)    NOTICE PARTY SERVICE LIST

# NOTICE PARTY SERVICE LIST

Case No. EDCR-07-00127-(A)SGL    Case Title In the Matter of SGT'S WEEMER AND NELSON

Title of Document MINUTES OF AUGUST 22, 2008

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| ✓ | **ADD NEW NOTICE PARTY** *(if sending by fax, mailing address must also be provided)* |

Name: Joseph H. Low, Esq.

Firm:

Address *(include suite or floor)*: One World Trade Center Suite 2320, Long Beach, CA 90831

*E-mail: Joseph@JHLLAW.COM

*Fax No.: (562) 901-0841

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |

Initials of Deputy Clerk jh