**SEND**

CC:  Randall Schnack, CJA Supervising Atty

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>**CRIMINAL MINUTES - GENERAL**</u>

Case No.  EDCR 07-00127 SGL                                    Date:  September 8, 2008

**PRESIDING:**  <u>STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE</u>

| Jim Holmes | None | AUSA, Jerry Behnke |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter | Charles Kovats |
| | | Asst. U.S. Attorney |

| **USA v. (DEFENDANT):** | **ATTORNEY PRESENT FOR WITNESS:** |
|---|---|
| IN THE MATTER OF SERGEANT JERMAINE NELSON  (WITNESS) | Jeffrey A. Van Wagenen, Jr. |
| | Advisory Panel Appointment |

**PROCEEDINGS:**     ORDER APPOINTING ADVISORY COUNSEL

   On August 22, 2008, the Court held a hearing pursuant to Rule 42 of the Federal Rules of Criminal Procedure regarding Witness Sergeant Jermaine Nelson.  Pursuant to stipulation of counsel of record, Attorney Jeffrey A. Van Wagenen, Jr. was summoned and present for a ***special appointment*** as Advisory Counsel under the Indigent Defense procedures of the Criminal Justice Act (CJA) for the purpose of interviewing and fully advising Witness Nelson of his rights in this matter.

   It is hereby ORDERED that Attorney Van Wagenen, Jr., Attorney at Law, 4129 Main Street, Suite 200, Riverside, California  92501, Ph. (951) 369-3555, is GRANTED leave of court, to submit an appropriate voucher form for reimbursement of his services in this matter, not to exceed the statutory limits under CJA.  The contact for the voucher forms and information is:  Randall Schnack, CJA Supervising Attorney, United States District Court, Western Division, Room 810-A, Los Angeles, CA  90012, Ph. (213) 894-8520.

   IT IS SO ORDERED.

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | | | |
|---|---|---|---|
| ☐ | Atty Sttlmnt Officer Panel Coordinator | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | Beck, Michael J (Clerk, MDL Panel) | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | BOP (Bureau of Prisons) | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | ☐ | US Bankruptcy Court |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Catterson, Cathy (9th Circuit Court of Appeal) | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Chief Deputy Admin | ☐ | US Probation Office (USPO) |
| ☐ | Chief Deputy Ops | ☐ | US Trustee's Office |
| ☐ | Clerk of Court | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Death Penalty H/C (Law Clerks) | | |
| ☐ | Dep In Chg E Div | | |
| ☐ | Dep In Chg So Div | | |
| ☐ | Federal Public Defender | | |
| ☐ | Fiscal Section | | |
| ☐ | Intake Section, Criminal LA | | |
| ☐ | Intake Section, Criminal SA | | |
| ☐ | Intake Supervisor, Civil | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | |
| ☐ | PSA - Los Angeles (PSALA) | | |
| ☐ | PSA - Riverside (PSAED) | | |
| ☐ | PSA - Santa Ana (PSASA) | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | |
| ☐ | Statistics Clerk | | |

☐ *ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____