1 THOMAS P. O'BRIEN
United States Attorney
2 SHERI PYM
Assistant United States Attorney
3 Chief, Riverside Office
JERRY A. BEHNKE (SBN 180462)
4 CHARLES J. KOVATS (SBN 184185)
Assistant United States Attorneys
5     3880 Lemon Street, Suite 210
    Riverside, California 92501
6     Telephone: (951) 276-6211
    Facsimile: (951) 276-6202         Prioity Send
7     E-mail: Jerry.Behnke@usdoj.gov    Cc: USM-ED; PSA-ED

8 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | ED CR No. 07-00127(A)-SGL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING CONTEMPT CHARGES AS TO SERGEANT RYAN WEEMER AND SERGEANT JERMAINE NELSON |
| v. | ) | |
| JOSE LUIS NAZARIO, JR., | ) | |
| Defendant. | ) | |

On application of the United States Attorney for the Central District of California, **IT IS ORDERED** that the trial setting conference in the matter of Sergeants RYAN WEEMER and JERMAINE NELSON, scheduled before this Court for September 29, 2008, is taken off calendar, and the criminal contempt charges initiated by this Court as to each are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

DATED:   This 24th day of September 2008

*/s/ S.G. Larson*

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE