```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                           - - -

 7
    UNITED STATES OF AMERICA,          )
 8                                     )
                       Plaintiff,      )
 9                                     )
                vs.                    )  No. ED CR 07-00127-SGL
10                                     )
    JOSE LUIS NAZARIO, JR.,            )
11                                     )
                       Defendant.      )  Trial Day 6,
12  _____)  Verdict

13

14         REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

15                   Riverside, California

16                 Thursday, August 28, 2008

17                        1:52 p.m.

18

19

20

21

22

23              THERESA A. LANZA, CSR, RPR
               Federal Official Court Reporter
24              3470 12th Street, RM. 134
              Riverside, California  92501
25                  (951) 274-0844
                 WWW.THERESALANZA.COM
```

```
 1  APPEARANCES:

 2  On behalf of Plaintiff, United States of America:

 3                          United States Attorney's Office
                            By: Jerry Behnke
 4                              Charles J. Kovats
                            Assistant United States Attorneys
 5                          3880 Lemon Street,
                            Suite 210
 6                          Riverside, California 92501
                            (951) 276-6210
 7

 8  on behalf of Defendant Jose Luis Nazario, Jr.:

 9                          Law Offices of Kevin Barry McDermott
                            By:  Kevin Barry McDermott
10                          17452 Irvine Boulevard,
                            Suite 200
11                          Tustin, California 92780
                            (714) 731-5297
12
                            Douglas L. Applegate
13                          18301 Von Karmon
                            suite 210
14                          Irvine, California 92612
                            (888) 583-2266
15
                            Pepper Hamilton LLP
16                          By:  Joseph M. Preis
                            Suite 1200
17                          4 Park Plaza
                            Irvine, California 92614-5955
18                          (949) 567-3500

19                          Law Offices of Vincent J. LaBarbera, Jr.
                            By:  Vincent J. LaBarbera, Jr.
20                          600 West Santa Ana Boulevard,
                            Suite 950
21                          Santa Ana, California 92701
                            (714) 541-9668
22

23  Also present:        Mark Fox, Special Agent

24

25
```

Thursday, August 28, 2008                    ED CR 07-00127-SGL

```
 1                         I N D E X
 2                                                    Page
 3   Verdict.......................................     4
 4
 5
```

```
 1     Riverside, California; Thursday, August 28, 2008; 1:52 P.M.
 2                                -oOo-
 3              THE COURT:  We're back on the record in the case of
 4     plaintiff United States of America versus defendant
 5     Jose Luis Nazario, Jr., case number ED CR 07-00127-SGL.
 6              The Court has received jury note number three which
 7     indicates that the jury has reached a unanimous verdict.
 8              Is that correct?
 9              JURORS:  Yes.
10              THE COURT:  If the foreperson would please hand the      00:00
11     verdict to Mr. Holmes.
12               Mr. Holmes, would you please read the verdict.
13              Would the defendant please rise.
14              THE CLERK:  Yes, your Honor.
15              Title of Court and Cause, Verdict, Count 1:  We the      00:00
16     jury in the above entitled action hereby find the defendant,
17     Jose Luis Nazario, Jr., not guilty of voluntary manslaughter,
18     as charged in Count 1 of the first superseding indictment;
19              Count 2:  We the jury in the above entitled action
20     hereby find the defendant, Jose Luis Nazario, Jr., not guilty    00:01
21     of the offense of assault with a dangerous weapon, as charged
22     in Count 2 of the first superseding indictment;
23              Count 3:  We the jury in the above entitled action
24     hereby find the defendant, Jose Luis Nazario, Jr., not guilty
25     of the offense of discharging a firearm in the furtherance of a  00:01
```

1  crime of violence --
2          **THE COURT:**  Order, please!
3          **THE CLERK:**  -- in count three of the first
4  superseding indictment.  Dated this 28th day of August, 2008,
5  and signed by the foreperson of the jury.                         00:01
6          Ladies and gentlemen of the jury, is the verdict as
7  presented and read the verdict of each of you, so say you one,
8  so say you all?
9          **JURORS:**  Yes.
10         **THE CLERK:**  Thank you.                                 00:02
11         Your Honor...
12         **THE COURT:**  Thank you.
13         Please be seated.
14         Is there a request to poll the jury?
15         **MR. BEHNKE:**  No, your Honor.                           00:02
16         **MR. McDERMOTT:**  No, sir.
17         **THE COURT:**  Very well.
18         Members of the jury, at this time, on behalf of
19  counsel, on behalf of Mr. Nazario, and certainly on behalf of
20  the Court, I want to extend the extreme gratitude that we have   00:02
21  for your service in this case.  This has been a most difficult
22  case.  I certainly understand, from your note earlier today,
23  that this is something which you have struggled with, that you
24  have very carefully considered, and I greatly appreciate that
25  service.  You are now excused from service.                      00:02

1          Mr. Holmes is going to take you back into the jury
2    room where I'm going to meet with you in a few moments to wrap
3    this up.
4          Up to this point, I have instructed you that you
5    cannot discuss this case with anybody.  After you are released,          00:03
6    that admonition is lifted.  You may discuss this case with
7    anybody you wish; you also have a right not to discuss this
8    case with anybody; it is entirely up to you.
9          Oftentimes, after a trial like this, the lawyers wish
10   to speak with jurors about the case, about how they presented          00:03
11   their case, about how they defended their case.  You may wish
12   to speak with them.  If you do not wish to speak with them, I
13   trust the lawyers and everyone else present in this courtroom
14   will respect your right to proceed peaceably.
15         Again, thank you very much for your service.  I'll be          00:03
16   meeting with you in a few moments back in the jury room.
17         (Whereupon jurors depart courtroom.)
18         **THE COURT:**  Mr. Holmes will make a copy of the
19   verdict form; it will be filed with the court and copies will
20   be provided to both sides.          00:04
21         Is there anything further at this time from the
22   government?
23         **MR. BEHNKE:**  No, Your Honor.
24         **THE COURT:**  Anything further from the defense?
25         **MR. McDERMOTT:**  No, sir, other than will it take an          00:04

Thursday, August 28, 2008                          ED CR 07-00127-SGL

```
 1  order for conditions of release to be revoked?
 2          THE COURT:  Yes.
 3          Was there a bond posted in this case?
 4          MR. McDERMOTT:  Yes, a property bond.
 5          THE COURT:  The bond is hereby exhonorated.          00:04
 6          Is there anything further?
 7          MR. McDERMOTT:  No, sir.
 8          THE COURT:  Very well.
 9          Court is in recess.
10          (Whereupon, court was adjourned.)
11
12
13
14
15
16
17                         CERTIFICATE
18
19  I hereby certify that pursuant to section 753, title 28, United
    States Code, the foregoing is a true and correct transcript of
20  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
21  conformance with the regulations of the Judicial Conference of
    the United States.
22
23  _____          _____
    THERESA A. LANZA, CSR, RPR                    Date
24  Federal Official Court Reporter
25
```

Thursday, August 28, 2008                    ED CR 07-00127-SGL